**Checkpoint Therapeutics, Inc. (CKPT)**                                                                       **James Moore**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 4/7/2021 | 500 | $2.9400 |
| Purchase | 11/7/2022 | 1,400 | $0.6399 |
| Purchase | 12/8/2022 | 100 | $3.8000 |
| Purchase | 2/10/2023 | 160 | $5.6000 |
| Purchase | 2/21/2023 | 100 | $4.7000 |
| Purchase | 2/23/2023 | 100 | $4.1500 |
| Purchase | 3/9/2023 | 100 | $4.4395 |
| Purchase | 3/20/2023 | 100 | $3.5700 |
| Purchase | 3/31/2023 | 100 | $2.8400 |
| Purchase | 4/3/2023 | 100 | $2.5200 |