UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES MOORE, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

-v-

CHECKPOINT THERAPEUTICS, INC., *et al.*,

                    Defendants.

24 Civ. 2613 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 5, 2024, plaintiff published a notice "advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i). As such, plaintiffs have until June 4, 2024 to move to serve as lead plaintiff in this case. *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class."). The Court adopts the following briefing schedule for such motions:

- June 4, 2024: Motions for lead plaintiff due.
- June 18, 2024: Responses to these motions due.

The Court does not invite replies.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 14, 2024
       New York, New York