## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MOORE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECKPOINT THERAPEUTICS, INC., JAMES F. OLIVIERO, and GARRETT GRAY,<br><br>Defendants. | Case No. 1:24-cv-02613-PAE |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF HAMILTON BAILEY'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Hamilton Bailey ("Bailey") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of Hamilton Bailey's Memorandum of Law in Opposition to the Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1:      Analysis of Bailey's loss, calculated in accordance with the method set forth in *Turpel v. Canopy Growth Corp.*, No. 23-cv-4302, 2023 WL 8276633 (S.D.N.Y. Nov. 30, 2023);

Exhibit 2:      Analysis of IndKay Asset, Limited Partnership's loss, calculated in accordance with the method set forth in *Canopy Growth*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 18th day of June 2024.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 18, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 18, 2024, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh