# EXHIBIT 1

## Loss Calculation

**Company Name:** Checkpoint Therapeutics, Inc.
**Ticker:** CKPT
**Class Period:** 03/10/2021 - 12/15/2023
**Name:** Hamilton Bailey

**Account 1**

| Purchase Date [1] | Shares | Cost Basis [2] | PSLRA 90-Day Lookback [3] | Diminution Per Share [4] | Canopy Growth Loss [5] |
|---|---|---|---|---|---|
| 6/28/2021 | 9.90 | $3.3200 | $1.9986 | -$1.3214 | -$13.08 |
| 6/28/2021 | 140.10 | $3.3200 | $1.9986 | -$1.3214 | -$185.13 |
| 7/14/2021 | 136.50 | $3.3200 | $1.9986 | -$1.3214 | -$180.37 |
| 10/6/2021 | 263.50 | $3.3200 | $1.9986 | -$1.3214 | -$348.19 |
| 12/15/2021 | 50.00 | $3.3200 | $1.9986 | -$1.3214 | -$66.07 |
| 12/31/2021 | 475.00 | $3.3200 | $1.9986 | -$1.3214 | -$627.66 |
| 1/3/2022 | 60.50 | $3.3200 | $1.9986 | -$1.3214 | -$79.94 |
| 1/3/2022 | 374.50 | $3.3200 | $1.9986 | -$1.3214 | -$494.86 |
| 9/30/2022 | 1,800.00 | $3.3200 | $1.9986 | -$1.3214 | -$2,378.51 |
| 10/5/2022 | 163.60 | $3.3200 | $1.9986 | -$1.3214 | -$216.18 |
| 10/5/2022 | 190.00 | $3.3200 | $1.9986 | -$1.3214 | -$251.06 |
| 10/5/2022 | 290.00 | $3.3200 | $1.9986 | -$1.3214 | -$383.20 |
| 10/5/2022 | 856.40 | $3.3200 | $1.9986 | -$1.3214 | -$1,131.64 |
| 10/13/2022 | 1,200.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,585.67 |
| 10/24/2022 | 80.00 | $3.3200 | $1.9986 | -$1.3214 | -$105.71 |
| 10/24/2022 | 80.20 | $3.3200 | $1.9986 | -$1.3214 | -$105.98 |
| 10/24/2022 | 429.80 | $3.3200 | $1.9986 | -$1.3214 | -$567.93 |
| 11/4/2022 | 150.00 | $3.3200 | $1.9986 | -$1.3214 | -$198.21 |
| 12/6/2022 | 7,550.00 | $3.3200 | $1.9986 | -$1.3214 | -$9,976.52 |
| 1/17/2023 | 4.00 | $3.3200 | $1.9986 | -$1.3214 | -$5.29 |
| 1/17/2023 | 98.00 | $3.3200 | $1.9986 | -$1.3214 | -$129.50 |
| 1/17/2023 | 534.00 | $3.3200 | $1.9986 | -$1.3214 | -$705.62 |
| 1/17/2023 | 6,914.00 | $3.3200 | $1.9986 | -$1.3214 | -$9,136.11 |
| 1/18/2023 | 7,750.00 | $3.3200 | $1.9986 | -$1.3214 | -$10,240.80 |
| 1/26/2023 | 7,250.00 | $3.3200 | $1.9986 | -$1.3214 | -$9,580.10 |
| 2/6/2023 | 1.00 | $3.3200 | $1.9986 | -$1.3214 | -$1.32 |
| 2/6/2023 | 120.00 | $3.3200 | $1.9986 | -$1.3214 | -$158.57 |
| 2/6/2023 | 300.00 | $3.3200 | $1.9986 | -$1.3214 | -$396.42 |
| 2/6/2023 | 300.00 | $3.3200 | $1.9986 | -$1.3214 | -$396.42 |
| 2/6/2023 | 1,015.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,341.21 |
| 2/6/2023 | 1,200.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,585.67 |
| 2/6/2023 | 1,700.00 | $3.3200 | $1.9986 | -$1.3214 | -$2,246.37 |
| 2/6/2023 | 2,614.00 | $3.3200 | $1.9986 | -$1.3214 | -$3,454.12 |
| 2/8/2023 | 518.00 | $3.3200 | $1.9986 | -$1.3214 | -$684.48 |
| 2/9/2023 | 100.00 | $3.3200 | $1.9986 | -$1.3214 | -$132.14 |
| 2/9/2023 | 101.00 | $3.3200 | $1.9986 | -$1.3214 | -$133.46 |
| 2/9/2023 | 352.00 | $3.3200 | $1.9986 | -$1.3214 | -$465.13 |
| 2/9/2023 | 1,287.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,700.63 |
| 2/9/2023 | 1,900.00 | $3.3200 | $1.9986 | -$1.3214 | -$2,510.65 |
| 2/9/2023 | 2,260.00 | $3.3200 | $1.9986 | -$1.3214 | -$2,986.35 |
| 2/21/2023 | 3,500.00 | $3.3200 | $1.9986 | -$1.3214 | -$4,624.88 |
| 3/3/2023 | 3,500.00 | $3.3200 | $1.9986 | -$1.3214 | -$4,624.88 |
| 3/9/2023 | 994.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,313.47 |
| 3/10/2023 | 756.00 | $3.3200 | $1.9986 | -$1.3214 | -$998.97 |
| 3/30/2023 | 1,532.00 | $3.3200 | $1.9986 | -$1.3214 | -$2,024.37 |
| 3/31/2023 | 410.00 | $1.9900 | $1.9986 | $0.0086 | $3.53 |
| 3/31/2023 | 774.00 | $1.9900 | $1.9986 | $0.0086 | $6.66 |
| 3/31/2023 | 5,066.00 | $2.0300 | $1.9986 | -$0.0314 | -$159.04 |
| 4/3/2023 | 5.00 | $2.5100 | $1.9986 | -$0.5114 | -$2.56 |
| 4/3/2023 | 1,395.00 | $2.5000 | $1.9986 | -$0.5014 | -$699.44 |
| 4/3/2023 | 3,600.00 | $2.4900 | $1.9986 | -$0.4914 | -$1,769.02 |
| 4/4/2023 | 100.00 | $2.3700 | $1.9986 | -$0.3714 | -$37.14 |
| 4/4/2023 | 245.00 | $2.3600 | $1.9986 | -$0.3614 | -$88.54 |
| 4/4/2023 | 2,100.00 | $2.4200 | $1.9986 | -$0.4214 | -$884.93 |
| 4/4/2023 | 2,555.00 | $2.3800 | $1.9986 | -$0.3814 | -$974.46 |
| 8/9/2023 | 1,040.00 | $2.1800 | $1.9986 | -$0.1814 | -$188.65 |
| 8/9/2023 | 2,210.00 | $2.1800 | $1.9986 | -$0.1814 | -$400.88 |
| **Shares Retained:** | **80,400.00** | | | **Total:** | **-$85,667.32** |

Financial Interest Analysis

**Account 2**

| Purchase Date [1] | Shares | Cost Basis [2] | PSLRA 90-Day Lookback [3] | Diminution Per Share [4] | *Canopy Growth Loss [5]* |
|---|---|---|---|---|---|
| 12/6/2022 | 100.00 | $3.3200 | $1.9986 | -$1.3214 | -$132.14 |
| 12/6/2022 | 4,900.00 | $3.3200 | $1.9986 | -$1.3214 | -$6,474.83 |
| 12/6/2022 | 1,424.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,881.66 |
| **Shares Retained:** | **6,424.00** | | | **Total:** | **-$8,488.63** |

| | |
|---|---|
| **Combined Total:** | **-$94,155.95** |

Notes

[1] Common stock transactions prior to December 6, 2022 have been adjusted to reflect the one-for-ten reverse stock split.

[2] The Cost Basis per share is the lesser of (a) the pre-disclosure closing price on December 15, 2023 ($3.32) or (b) the actual purchase price, adjusted for the December 2022 1-for-10 reverse stock split if applicable.

[3] The PSLRA 90-Day Lookback used in this calculation is the average closing price between December 18, 2023 and March 15, 2024.

[4] Diminution Per Share is the PSLRA 90-Day Lookback less the Cost Basis.

[5] Canopy Growth Loss is the Diminution Per Share multiplied by the number of shares held through the disclosure.