# EXHIBIT 2

## Loss Calculation

**Company Name:** Checkpoint Therapeutics, Inc.
**Ticker:** CKPT
**Class Period:** 03/10/2021 - 12/15/2023
**Name:** IndKay Asset, Limited Partnership

**Account 1**

| Purchase Date [1] | Shares | Cost Basis [2] | PSLRA 90-Day Lookback [3] | Diminution Per Share [4] | Canopy Growth Loss [5] |
|---|---|---|---|---|---|
| 10/22/2021 | 60.00 | $3.3200 | $1.9986 | -$1.3214 | -$79.28 |
| 10/22/2021 | 50.10 | $3.3200 | $1.9986 | -$1.3214 | -$66.20 |
| 10/22/2021 | 182.60 | $3.3200 | $1.9986 | -$1.3214 | -$241.29 |
| 10/22/2021 | 1,207.30 | $3.3200 | $1.9986 | -$1.3214 | -$1,595.32 |
| 11/5/2021 | 300.00 | $3.3200 | $1.9986 | -$1.3214 | -$396.42 |
| 11/5/2021 | 200.00 | $3.3200 | $1.9986 | -$1.3214 | -$264.28 |
| 11/10/2021 | 40.00 | $3.3200 | $1.9986 | -$1.3214 | -$52.86 |
| 11/10/2021 | 70.00 | $3.3200 | $1.9986 | -$1.3214 | -$92.50 |
| 11/10/2021 | 667.40 | $3.3200 | $1.9986 | -$1.3214 | -$881.90 |
| 11/10/2021 | 222.60 | $3.3200 | $1.9986 | -$1.3214 | -$294.14 |
| 11/10/2021 | 460.00 | $3.3200 | $1.9986 | -$1.3214 | -$607.84 |
| 11/10/2021 | 540.00 | $3.3200 | $1.9986 | -$1.3214 | -$713.55 |
| 11/12/2021 | 300.00 | $3.3200 | $1.9986 | -$1.3214 | -$396.42 |
| 11/18/2021 | 100.00 | $3.3200 | $1.9986 | -$1.3214 | -$132.14 |
| 12/28/2022 | 200.00 | $3.3200 | $1.9986 | -$1.3214 | -$264.28 |
| 12/30/2022 | 300.00 | $3.3200 | $1.9986 | -$1.3214 | -$396.42 |
| **Shares Retained:** | **4,900.00** | | | **Total:** | **-$6,474.83** |

**Account 2**

| Purchase Date [1] | Shares | Cost Basis [2] | PSLRA 90-Day Lookback [3] | Diminution Per Share [4] | Canopy Growth Loss [5] |
|---|---|---|---|---|---|
| 10/4/2021 | 1,257.10 | $3.3200 | $1.9986 | -$1.3214 | -$1,661.12 |
| 10/18/2021 | 1,000.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,321.39 |
| 10/18/2021 | 1,000.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,321.39 |
| 10/18/2021 | 1,000.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,321.39 |
| 10/19/2021 | 800.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,057.11 |
| 11/10/2021 | 1,000.00 | $3.3200 | $1.9986 | -$1.3214 | -$1,321.39 |
| 11/12/2021 | 300.00 | $3.3200 | $1.9986 | -$1.3214 | -$396.42 |
| 11/12/2021 | 200.00 | $3.3200 | $1.9986 | -$1.3214 | -$264.28 |
| 11/12/2021 | 200.00 | $3.3200 | $1.9986 | -$1.3214 | -$264.28 |
| 11/18/2021 | 200.00 | $3.3200 | $1.9986 | -$1.3214 | -$264.28 |
| 12/28/2022 | 300.00 | $3.3200 | $1.9986 | -$1.3214 | -$396.42 |
| **Shares Retained:** | **7,257.10** | | | **Total:** | **-$9,589.48** |

**Account 3**

| Purchase Date [1] | Shares | Cost Basis [2] | PSLRA 90-Day Lookback [3] | Diminution Per Share [4] | Canopy Growth Loss [5] |
|---|---|---|---|---|---|
| 9/9/2021 | 12.20 | $3.3200 | $1.9986 | -$1.3214 | -$16.12 |
| 9/9/2021 | 147.20 | $3.3200 | $1.9986 | -$1.3214 | -$194.51 |
| 9/9/2021 | 1,730.70 | $3.3200 | $1.9986 | -$1.3214 | -$2,286.94 |
| 9/9/2021 | 25.00 | $3.3200 | $1.9986 | -$1.3214 | -$33.03 |
| 9/9/2021 | 33.00 | $3.3200 | $1.9986 | -$1.3214 | -$43.61 |
| 9/9/2021 | 577.70 | $3.3200 | $1.9986 | -$1.3214 | -$763.37 |
| 9/9/2021 | 62.00 | $3.3200 | $1.9986 | -$1.3214 | -$81.93 |
| 9/9/2021 | 750.60 | $3.3200 | $1.9986 | -$1.3214 | -$991.84 |
| 9/9/2021 | 431.90 | $3.3200 | $1.9986 | -$1.3214 | -$570.71 |
| **Shares Retained:** | **3,770.30** | | | **Total:** | **-$4,982.05** |

| | **Combined Total:** | **-$21,046.36** |
|---|---|---|

Financial Interest Analysis

Notes

[1] Common stock transactions prior to December 6, 2022 have been adjusted to reflect the one-for-ten reverse stock split.

[2] The Cost Basis per share is the lesser of (a) the pre-disclosure closing price on December 15, 2023 ($3.32) or (b) the actual purchase price, adjusted for the December 2022 1-for-10 reverse stock split if applicable.

[3] The PSLRA 90-Day Lookback used in this calculation is the average closing price between December 18, 2023 and March 15, 2024.

[4] Diminution Per Share is the PSLRA 90-Day Lookback less the Cost Basis.

[5] *Canopy Growth* Loss is the Diminution Per Share multiplied by the number of shares held through the disclosure.