**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE CHECKPOINT THERAPEUTICS, INC. SECURITIES LITIGATION** | **Case No. 1:24-cv-02613-PAE** |

<u>**DECLARATION OF BRETT D. JAFFE**</u>

I, Brett D. Jaffe, hereby declare as follows:

1.       I am over 18 years of age, and I am competent to testify as to the matters stated in this Declaration.  I am a member in good standing of the New York state bar, and I have been admitted to practice in this Court.  I am a partner with the law firm of Alston & Bird, and I am counsel for Defendants Checkpoint Therapeutics, Inc. ("Checkpoint") and James Oliviero (collectively, the "Defendants") in the above-captioned action.

2.       I submit this Declaration in support of Defendants' Motion to Dismiss and Motion to Strike the Amended Class Action Complaint for Violations of the Federal Securities Laws, filed August 23, 2024 (the "Amended Complaint").  (DCKT #36).  I have personal knowledge of the facts set forth herein.

3.       Attached as Exhibit 1 is a true and correct copy of Checkpoint's Form 8-K, dated March 9, 2021.[1]

4.       Attached as Exhibit 2 is a true and correct copy of Checkpoint's Form 10-K, dated March 12, 2021.

5.       Attached as Exhibit 3 is a true and correct copy of the FactSet CallStreet, LLC transcript of Checkpoint's PD-L1 Topline Results Conference Call, dated January 25, 2022.

---

[1] For the Court's convenience, the portions of Exhibits 1 through 12 that contain the purported misstatements alleged in the Amended Complaint are highlighted.

6. Attached as Exhibit 4 is a true and correct copy of Checkpoint's Form 10-K, dated March 28, 2022.

7. Attached as Exhibit 5 is a true and correct copy of Checkpoint's Form 8-K, dated August 12, 2022.

8. Attached as Exhibit 6 is a true and correct copy of the FactSet CallStreet, LLC transcript of James Oliviero's remarks at the B. Riley Securities Oncology Conference, dated January 18, 2023.

9. Attached as Exhibit 7 is a true and correct copy of Checkpoint's Form 8-K, dated March 30, 2023.

10. Attached as Exhibit 8 is a true and correct copy of Checkpoint's Form 10-K, dated March 31, 2023.

11. Attached as Exhibit 9 is a true and correct copy of the FactSet CallStreet, LLC transcript of James Oliviero's remarks at the H.C. Wainwright Global Investment Conference, dated September 11, 2023.

12. Attached as Exhibit 10 is a true and correct copy of the FactSet CallStreet, LLC transcript of James Oliviero's remarks at the Cantor Global Healthcare Conference, dated September 28, 2023.

13. Attached as Exhibit 11 is a true and correct copy of Checkpoint's Form 10-Q, dated November 13, 2023.

14. Attached as Exhibit 12 is a true and correct copy of Checkpoint's Form 8-K, dated November 13, 2023.

15. Attached as Exhibit 13 is a true and correct copy of the FDA webpage titled "Frequently Requested or Proactively Posted Compliance Records," last visited October 23, 2024.

16.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this 23rd day of October, 2024.

/s/ *Brett D. Jaffe*
Brett D. Jaffe
brett.jaffe@alston.com
**ALSTON & BIRD**
90 Park Avenue, 15th Floor
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of October, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced case.

**ALSTON & BIRD**

/s/ *Brett D. Jaffe*
Brett D. Jaffe
brett.jaffe@alston.com
90 Park Avenue
15th Floor
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Defendants*