# EXHIBIT 3



25-Jan-2022

# Checkpoint Therapeutics, Inc. (CKPT)

**PD-L1 Topline Results Call**



## Checkpoint Therapeutics, Inc. *(CKPT)*

PD-L1 Topline Results Call

**C** Corrected Transcript

25-Jan-2022

# CORPORATE PARTICIPANTS

**William Garrett Gray**
*Chief Financial Officer, Checkpoint Therapeutics, Inc.*

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

.................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Matt L. Kaplan**
*Analyst, Ladenburg Thalmann & Co., Inc.*

**Joseph Pantginis**
*Analyst, H. C. Wainwright & Co. LLC*

**Jennifer Kim**
*Analyst, Cantor Fitzgerald & Co.*

**Justin Walsh**
*Analyst, B. Riley Securities, Inc.*

**Thomas Flaten**
*Analyst, Lake Street Capital Markets LLC*

.................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Operator**: Greetings. Welcome to the Checkpoint Topline Results Conference Call At this time, all participants are in listen-only mode. A question-and-answer session will follow the formal presentation. [Operator Instructions] Please note, this conference is being recorded.

I will now turn the conference over to your host, Garrett Gray, Chief Financial Officer. Thank you. You may begin.

.................................................................................................................................................................................................................

## William Garrett Gray

*Chief Financial Officer, Checkpoint Therapeutics, Inc.*

Thank you. Good morning, everyone. I'm Garrett Gray, Chief Financial Officer of the company. And I'd like to welcome you to our conference call regarding Checkpoint Therapeutics topline results from the registration-enabling trial of cosibelimab in metastatic cutaneous squamous cell carcinoma.

Joining me on the call today is James Oliviero, President and Chief Executive Officer of the company.

Following our Safe Harbor statement, I'll hand the call over to James, who will walk everyone through the topline results announced earlier today in a press release, and then open up the call to Q&A. Before we begin, I would like to remind everyone that various remarks that we make about our future expectations, plans and prospects constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Checkpoint cautions that these forward-looking statements are subject to risks and uncertainties that may cause our actual results [audio gap] (01:22) from those indicated.

Factors that may affect Checkpoint Therapeutics' operations include various risks that can be found in our SEC filings, including our most recent reports on [audio gap] (01:32) 10-K and 10-Q. In addition, any forward-looking

# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

 Corrected Transcript
25-Jan-2022

statements made on this call represent our views only as of today and should not be relied upon as representing our views as of any subsequent date. We specifically disclaim any obligation to update or revise any forward-looking statements.

This conference call is being recorded for audio rebroadcast on our website at www.checkpointtx.com, where it will be available for the next 30 days.

And now, I'd like to turn the call over to James Oliviero, our Chief Executive Officer.

## James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Thank you, Garrett. Good morning, everyone, and thanks for joining us on this exciting day in which we announced positive topline results from our pivotal clinical trial evaluating the safety and efficacy of cosibelimab, anti-PD-L1 antibody in patients with metastatic cutaneous squamous cell carcinoma. This is a significant milestone for Checkpoint, one that all biotech companies [audio gap] (02:26) as they set out testing a new [indiscernible] (02:29).

As a refresher in cosibelimab, we believe we are developing an anti-PD-L1 antibody that is differentiated from the PD-1 and PD-L1 antibodies on the market today. This is based upon cosibelimab having a two-fold mechanism of action whereby it blocks PD-L1 with over 99% tumor target occupancy throughout the dosing interval in order to unleash an effective T-cell response, while also having the potential benefit of a functional Fc region capable of inducing antibody dependent cell mediated cytotoxicity. We believe this dual mechanism of action may enhance our antibody's efficacy compared to the other antibodies in the class.

With regard to the clinical trial at the center of today's data announcement, the study is an open label multi-cohort Phase 1 clinical trial that enrolled patients with select solid tumors at approximately 40 clinical sites in 9 countries. As we announced in January 2020, following our receipt of feedback from the FDA, the study was expanded to enroll cohorts of patients with locally advanced and metastatic cutaneous squamous cell carcinoma intended upon successfully meeting their predefined efficacy endpoints to support submissions of applications for full approval in the US.

This is an important point to emphasize. The pathway to approval in cSCC is a full approval pathway, not an accelerated approval pathway that has been a hot topic of focus lately. The metastatic cSCC cohort enrolled 78 patients, with the last patient entering the study in May 2021. The primary endpoint, as agreed with the FDA, is confirmed objective response rate assessed by independent central review according to RECIST 1.1 criteria, which is the same endpoint utilized by the two approved anti-PD-1 therapies on the market today for this indication.

As pre-specified in our statistical analysis plan, our study would be deemed successful if cosibelimab obtains a confirmed objective response rate that excludes a lower limit of the 95% confidence interval of 25%. What this equates to with 78 patients enrolled in our study is an objective response rate of 36% or higher for a positive outcome.

I'm thrilled to report today that cosibelimab achieved the primary endpoint of the study, demonstrating a confirmed objective response rate of 47.4%, based on independent central review of the 78 patients enrolled in the study.

Additionally, the patient responses appear quite durable, with 76% of responding patients still in response at the data cutoff date and the longest response now approaching three years and ongoing. I should also note that



# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

 Corrected Transcript
25-Jan-2022

these results reported today were achieved from a clinical trial conducted during a pandemic in which we had patients adversely affected by COVID-19 infection, and yet, they are still included in the denominator of the response rate as per intent to treat. This makes today's efficacy results that much more impressive in our view.

We'll continue to track the response rate and duration data from our study with further time on therapy for active patients and the potential for this response rate to increase as data matures.

Turning to safety, the topline safety data across 201 patients with advanced cancers enrolled and treated in all cohorts of the ongoing study remain consistent with those previously reported for cosibelimab, with the majority of treatment-emergent adverse events reported as Grade 1 or 2 in severity, and less than 10% of patients experiencing a Grade 3 or greater treatment-related adverse event.

We believe the safety profile of cosibelimab is in line with published literature that reports that anti-PD-L1s are associated with lower rates of severe or worse adverse events as compared to anti-PD-1 antibodies, and believe this could be a significant benefit to patients treated with our antibody. We plan to share further details on the study results upon a presentation of the data at an upcoming medical meeting.

For context, it may be helpful to discuss the historical and current treatment landscape in cutaneous squamous cell carcinoma. Prior to immuno-oncology, there were no drugs approved in cutaneous squamous cell carcinoma as chemotherapy produces very little in terms of responses in this disease, and patients with advanced disease faced a very poor prognosis.

The introduction of immuno-oncology has revolutionized the treatment paradigm for these patients. Before discussing the approved therapies on the market today, I want to note that cosibelimab has not been compared to these drugs in a head-to-head study and cautions against cross-trial comparisons.

The first drug approved by the FDA for cutaneous squamous cell carcinoma was LIBTAYO, an anti-PD-1, which was approved in 2018 with an objective response rate of 46.7%, based upon 75 metastatic cSCC patients treated with every two-week dosing in their Phase 1 and 2 studies. LIBTAYO's labeling was subsequently updated to report an objective response rate of 49% based upon a subset of 59 of these patients enrolled only from their Phase 2 study. The current label also reports an additional cohort of 56 metastatic cSCC patients treated with every three-week dosing, which is their approved commercial dosing regimen, with a reported objective response rate of 41%.

A second anti-PD-1, KEYTRUDA, was approved in 2020 based upon a study in 105 recurrent or metastatic cSCC patients, which initially [ph] were reporting (08:35) an objective response rate of 34%, which increased in the current labeling to 35%.

Moving to next steps, based on these results, we intend to submit a Biologics License Application for cosibelimab later this year to be followed by a Marketing Authorization Application submission in Europe and additional potential submissions in markets worldwide. Additionally, we continue to enroll a second registration-enabling cohort of patients with locally advanced cSCC which is an earlier stage disease than metastatic. Depending on our discussions with the FDA, this potential second indication for cosibelimab could be included in the planned BLA submission based upon an interim analysis. We are also enrolling a cohort of patients to potentially support expanding our dosing to every three weeks.

Turning to the market opportunity, cutaneous squamous cell carcinoma is the second most common skin cancer in the United States. The Skin Cancer Foundation estimates that 1 million cases of cSCC are diagnosed every



Copyright © 2001-2022 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*

PD-L1 Topline Results Call

**C** Corrected Transcript

25-Jan-2022

year, and of these, approximately 40,000 cases will become advanced and an estimated 15,000 people die of cSCC in the US each year. It is believed a similar number of cases and deaths occur outside the US. Research analysts have projected the global market for immunotherapies in cutaneous squamous cell carcinoma could grow to approximately $1.4 billion annually by 2025. And our plan is to achieve meaningful market share upon a future approval through disruptive pricing in the class.

Outside the US, as we previously stated, we are and will continue to evaluate potential partnership opportunities in foreign markets, including the EU, to most effectively commercialize cosibelimab upon its approval in such markets. Furthermore, we believe the value of cosibelimab goes beyond cutaneous squamous cell carcinoma. As you may have seen in December, we initiated our Phase 3 registrational study, we call the CONTERNO study, evaluating cosibelimab in combination with chemotherapy in first line metastatic non-small cell lung cancer. This is in line with our strategy to obtain approval and enter the largest market for immunotherapies, in this case, an approximately $8 billion market in lung cancer and utilize the same disruptive pricing to gain market share.

Finally, we believe based on the differentiated properties of cosibelimab, which I described earlier in this call, and the data observed to-date that we potentially have a very attractive drug to use as the immunotherapy backbone in combination regimens. Accordingly, we intend to evaluate cosibelimab in combination with other drugs in our pipeline, including additional molecules we may in-license, as well as with synergistic molecules through potential collaborations. For example, combinations with molecules that can utilize or enhance the ADCC activity of cosibelimab could be particularly interesting.

In conclusion, this is a monumental day for Checkpoint. I'd like to thank the patients, study site personnel, physicians and everyone who participated in this study, as well as all our hard working colleagues at Checkpoint for their contribution in making this milestone a reality.

With that, I thank you, and we'll now turn the call over to the moderator for Q&A.

**Checkpoint Therapeutics, Inc.** *(CKPT)*
PD-L1 Topline Results Call

Corrected Transcript
25-Jan-2022

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. At this time, we will be conducting a question-and-answer session. [Operator Instructions] Our first question comes from the line of Matt Kaplan with Ladenburg Thalmann. Please proceed with your question.

**Matt L. Kaplan**
*Analyst, Ladenburg Thalmann & Co., Inc.*

Q

Hi, good morning, and congrats on the very strong results.

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Thanks, Matt.

**Matt L. Kaplan**
*Analyst, Ladenburg Thalmann & Co., Inc.*

Q

Just wanted to – you bet. Just wanted to get a sense in terms of some of the other details in terms of the objective response rate. Can you give us any color on what you're seeing in terms of the complete response rate? I know in the interim results you announced, I think was a strong 12% complete response rate. Anything that you can add right now?

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Sure. So we do hold back a lot of data for a future publication and presentation at a medical conference. That's standard so that you have a better chance of being accepted for presentation at such conferences. We did exactly that in the topline results here. I'll say that the complete response rate is in line with our expectations. It's competitive, certainly competitive with what's out there, and we look forward to providing more information on it at the future medical conferences. I'll also say, similar to all the drugs in this class, response rates can go up over time and improve over time with maturity of the data, and we have a number of patients that are very early in their treatment cycle. And so we would expect the same to occur with cosibelimab. But we're very excited about the complete response rate and look forward to sharing it at the appropriate time during a presentation.

**Matt L. Kaplan**
*Analyst, Ladenburg Thalmann & Co., Inc.*

Q

Great, great. And then, secondly, in terms of – you mentioned in your prepared remarks the safety profile and potential differentiation for anti-PD-L1s versus PD-1s. Can you give us some more color in terms of the safety profile and tolerability that you're seeing in the study?

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yes. So what we see with our anti-PD-L1 is typical for the PD-L1 class in general, and what that means is much lower rates of the immune-mediated adverse events, things like pneumonitis, colitis, hepatitis. These adverse events that are specific with immunotherapies, what we find with a PD-L1, which binds to the tumor cell, we find

# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

**Corrected Transcript**
25-Jan-2022

much lower rates of these adverse events, and particularly much lower rates of those that are Grade 3 or higher or severe or worse of these types of adverse events.

And there is actually mechanistic reasons why that may be the case. It has to do with the fact that when we block PD-L1 and block that PD-L1 binding to PD-1, there's still binding that's able to be done between PD-L2 and PD-1. That's a way for the immune system to prevent a T cell overreaction where you see some of these immune-mediated adverse events come about.

And so, again, while you see typically single-digit percent of patients that have Grade 3 or higher treatment-related AEs of PD-L1s, what you see with a typical PD-1 are rates that can range from 15%, 20% even up to 30% Grade 3 or higher treatment related adverse events. So that's really the advantage that we have of being a PDL1 versus a PD-1 one. So complemented with this efficacy that we put out today, the safety profile, we believe, is a significant advantage for antibody and really make this what we believe to be the ideal drug to be using in combination therapies as the backbone of combination regimens. As we grow this class from the current $30 billion annually to what analysts expect to be $50 billion annually as a class in sales in just a few years.

---

### Matt L. Kaplan
*Analyst, Ladenburg Thalmann & Co., Inc.*

**Q**

Okay. That's very helpful. Thank you and congrats again.

---

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

**A**

Thanks, Matt.

---

**Operator**: Our next question comes from the line of Joe Pantginis with H.C. Wainwright. Please proceed with your question.

---

### Joseph Pantginis
*Analyst, H. C. Wainwright & Co. LLC*

**Q**

Hey, guys, good morning. Congratulations. Definitely a long time coming and especially running the study during COVID. So great job on that. So a couple of questions. First, I guess, you know, a little bit looking forward here. What do you consider are the rate limiting steps for the BLA? And I guess, any comments you could talk about with regard to CMC and any issues with regard to supply chain?

---

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

**A**

Yeah. So any initial NDA or BLA for a company takes time to put together. We've been actually working on it for a number of months now for the sections we could put together. And with this data, we can now really hit the gas pedal on the additional sections. It does take time and we want to put in a quality filing to have our best shot at that first cycle approval. I think there's a very good probability that we will be successful there but we want to make sure it's right. So we've guided for a submission for later this year. There's no issues that we see that we can't overcome during the review, but until you go through it, you never know.

As far as supply chain, we're lucky to have the largest contract manufacturer in the world of biologics as our partner. That's Samsung Biologics as our contract manufacturer for drug [audio gap] (18:00) and drug product. They have incredible amounts of supply capacity there. Our current capacity allows us to get through initial launch and then they still have additional capacity beyond that for us to continue to scale up for the potential increased

---



7

Copyright © 2001-2022 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*

PD-L1 Topline Results Call

 Corrected Transcript

25-Jan-2022

sales two, three, four, five years out from now from initial launch. So we're very happy to have Samsung behind us and we're in good shape.

### Joseph Pantginis
*Analyst, H. C. Wainwright & Co. LLC*

Q

No, that's great to hear. Thanks. And then, I guess, when you look at the overall profile of the drug, I'm hoping to see – and you guys have focused on this for a long time. So I'm hoping to see more credit and visibility on the physician side with regard to the additional mechanism of action that cosi provides with regard to the ADCC component. So I guess, how much effort do you think you need to put in with regard to educating the physician community as the drug comes closer to market versus just being considered a me-too?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yeah. So I think what the priority is we just need to educate physicians about the data and the profile of the drug. We need to let them know this is a drug that put out the 47.4% response rate in the study by confirmed objective response, central review, and it's doing it with the safety profile that everybody is going to see at the medical conference, a PD-L1 safety profile. I think physicians are very interested in ensuring that the drug is safe and I think this can be a great benefit to the patients that have cSCC.

So, again, these aren't head to head studies. You can't make comparisons to the other drugs in the market without head to head studies, and we don't intend to. We can only talk to the profile of our drug in our data. And I think the data is phenomenal. So we have incredible efficacy here, and it's complemented by an ideal safety profile. So we're looking forward to putting that data in a publication, in front of physicians and then getting out there and also doing it with a disruptive price where patients who pay approximately 20% in co-insurance for the price of these drugs should see a benefit with our disruptive pricing.

### Joseph Pantginis
*Analyst, H. C. Wainwright & Co. LLC*

Q

Got it. And then my last question is sort of a short two-parter, and the first part is definitely speculative. So bear with me. So I guess when we consider non-small cell lung and the conduct of CONTERNO, I guess A, and this is the speculative part. How much do you believe that these results in squamous cell help de-risk CONTERNO results even though they're completely different indications? And secondly, I guess, any comments on the overall conduct of the study and how you think it'll be easy – relatively easier to enroll with these data or in general based on the competitive landscape and competing trials in lung?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yeah. So whenever you succeed in a pivotal study, it certainly raises the probability of you succeeding in additional studies, particularly with immunotherapy. I think this certainly raises the expectations that we're going to be able to succeed in non-small cell lung cancer. On top of that, we've already put out proof of concept data from our Phase 1 non-small cell lung cancer cohort showing monotherapy efficacy that's very strong in 25 patients. And again, that was monotherapy efficacy in lung cancer. So I feel extremely confident that that study is going to be successful and we're going to be able to enter that market.

As far as conducting the study, we're conducting it outside the US where so many patients don't have access to immuno-oncology because of the prices of these drugs. You can go to countries like New Zealand, South Africa, even countries in Europe as well, where patients really don't have that much access to these lifesaving drugs and

# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

C Corrected Transcript
25-Jan-2022

that enables us to enroll these studies very quickly. So I would expect when we distribute these results to not just our physicians enrolling cutaneous squamous cell, but the sites that are enrolling non-small cell lung cancer, they're going to get super excited to continue to enroll heavily into that study and I think it only helps us.

### Joseph Pantginis
*Analyst, H. C. Wainwright & Co. LLC*

Q

Great. Thanks a lot, James, and congrats again.

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Thanks, Joe.

**Operator**: Our next question comes from the line of Jennifer Kim with Cantor Fitzgerald. Please proceed with your question.

### Jennifer Kim
*Analyst, Cantor Fitzgerald & Co.*

Q

Hey, team. Big congrats on getting this across the goalposts. Two questions, I guess, on the trial and then two on your go-forward strategy. I'll start with the two regarding the trial. My first question is you talked about how the denominator was affected by COVID. I was wondering what the magnitude of that effect was. And then my second question is you talked about the locally advanced cohort. What's the latest update on enrollment there? And if you are able to include interim data in the submissions, how many patients are you anticipating to be able to include?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yeah. So all trials going on during this pandemic are going to have effect from those patients. And statistically, you can't just – you can present them with pulled out, but you can't pull them out as far as submitting the data to a regulatory agency. And we didn't do so here. This is intent to treat all 78 patients we enrolled, whether they had COVID or not, are in that denominator, even if they didn't have a chance to reach the first scan and see whether they're a responder or not.

So what that means is we had a couple of patients that that happened to. So they're in the denominator, but, statistically, if you think that half of those patients could have been a responder, it affects the numerator as well. So it is what it is. But that's the life we live in. You have to do your study with whatever environment you have. And I think it just speaks to how strong this drug is that we had a 47.4% response rate by independent central review even during these difficult times. So I'm super excited about this data and it's in a testament to the drug.

As far as locally advanced goes, we continue to enroll that cohort. I do believe we have enough patients to do an interim analysis with sufficient follow-up that could allow us to submit that data to the FDA to potentially include it and pool that data with the metastatic cohort in the initial BLA submission. With that said, we're first discussing with the FDA our statistical assumptions around doing that interim analysis and just getting their signoff on their buy in to allow us to do that. Once we get that information back from them, hopefully, they're good for us to proceed. We'll then conduct the analysis, present that data at a pre-BLA meeting with them, and then we'll have further information for the investment community about whether we'll be including those patients or not in the initial BLA.

# Checkpoint Therapeutics, Inc. *(CKPT)*

PD-L1 Topline Results Call

 Corrected Transcript

25-Jan-2022

In the case that the data needs more maturity or more patients at that time, it is certainly expected to be fully enrolled and fully ready for a quick supplemental BLA after a potential metastatic approval down the line. So I think we're in good shape either way, but I'm optimistic that we're going to be able to do an interim and submit it with the metastatic and the initial BLA.

**Jennifer Kim**                                                                                          Q
*Analyst, Cantor Fitzgerald & Co.*

Okay. That's helpful. And then, for your go-forward strategy, as you move forward, can you go through the kind of – I guess, the kind of work you're planning to do to refine your pricing strategy when you look at other competitors that have potentially talked about coming in with discounted pricing as well, and some of those who are trying to come in with China only based data. How do you see things shaking out? And so that's my first question. And my second question is you talked about leveraging this in combos with synergistic molecules. How much of a priority is that? And could we see updates and partnerships on that front this year?

**James F. Oliviero**                                                                                      A
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Great. Thank you for the questions. As far as pricing, we're already working with vendors doing the appropriate work, the studies, the research, in order to find the right price point to launch this drug that will be disruptive in this industry. But at the same time, it can't be too low in this reimbursement environment currently that exists in the US. You can't price too low or that works against you. So there's a sweet spot that you look for whereby you can introduce disruptive pricing, but nothing gets in your way as far as access to the drug in the current environment.

So we think we have a good preliminary plan of where we're going to come out, but we'll hold that back until the approval of the drug and then announce where we're going to be coming out. But most of the discounting will come through contracting with payers. That's where you get the agreement with the payers and the buy in and then they get a lot of the benefit from a lower price strategy.

As far as partnering, we do think that this data that came out today should open the eyes of a lot of parties out there that have interesting drugs that could be synergistic with a PD-1/PD-L1 backbone in a combination regimen. I'm expecting to certainly have some interesting dialogue with these parties. We're already having such dialogues as well. I think this is certainly beneficial for our commercial partnerships as well in cutaneous squamous cell carcinoma, as well as the additional indications that we're pursuing.

And in addition to potentially collaborating or partnering with external companies, I think this is incredible data that supports in-house combination therapies where we can take advantage of having our own PD-L1, where we have control of the dosing regimen, control of the ultimate pricing, and control of the studies we want to run and try to see if there's synergistic combinations with our current portfolio, as well as looking at additional molecules that we're actively looking at today to potentially bring in and have an impact and look at combination therapies, again, with this as the backbone.

Oncology is really moving towards combination therapies. Monotherapy has supported growing this class to $30 billion today. Analysts expect it to grow to $50 billion in just a few years. And that's going to be largely driven by combination therapies. And with this drug in our portfolio, we think we're in prime position to be part of that growth.

**Jennifer Kim**                                                                                          Q
*Analyst, Cantor Fitzgerald & Co.*

# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

Corrected Transcript
25-Jan-2022

Okay. Great. Thanks, James and everyone, and congrats again.

---

**James F. Oliviero**                                                                                          A
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Thanks, Jennifer.

---

**Operator**: Our next question comes from the line of Justin Walsh with B. Riley. Please proceed with your question.

---

**Justin Walsh**                                                                                              Q
*Analyst, B. Riley Securities, Inc.*

Hi. Congrats on the data. Thanks for taking the questions. First off, can you expand on the comparative market potential of metastatic versus locally advanced disease?

---

**James F. Oliviero**                                                                                          A
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Sure. So based on our research to-date, and we're continuing to look into it, it seems that the metastatic indication is actually larger than locally advanced. And it really comes down to patients going for a systemic therapy treatment.

As we know, so many patients are inflicted with this disease in early stage. It's the second most prevalent skin cancer behind basal cell, and most of that approximately an estimated 1 million patients per year that have cutaneous squamous cell can be addressed with surgery. But when they reach the advanced phase, whether that's locally advanced or eventually can lead to metastatic disease, it really comes down to the patients that seek treatment and are in the treatment of an oncologist. And that's more typically with the metastatic patients that before immunotherapy had an average survival of about 12 months.

So, from our research, the metastatic group is the larger addressable population right now. But I think that locally advanced, while I believe is a larger population, also allows us to have more growth and more ability to find these patients and basically market to these patients to be treated earlier so that they can have better outcomes.

---

**Justin Walsh**                                                                                              Q
*Analyst, B. Riley Securities, Inc.*

Got it. Thanks. So you partially addressed this when you talked about the expectations with pricing from potential drugs coming in from China. I'm wondering if you can maybe comment on the stage of other PD-L1 inhibitors that are going after cutaneous squamous cell carcinoma in particular.

---

**James F. Oliviero**                                                                                          A
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Yes. So, I'm not aware of any other PD-1 or PD-L1 inhibitors that are going after cutaneous squamous cell carcinoma. I can't say that it's not existing today and we don't know about it. I can't say that it won't happen in the future, but I'm not aware of any programs.

One of the things that, I guess, to our benefit is that cutaneous squamous cell carcinoma is not really an Asian disease. It doesn't really have prevalence in Asian patients. And so when you see these drugs being developed in

---



# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

**C** Corrected Transcript
25-Jan-2022

China, I've never heard of them being developed in cutaneous squamous cell carcinoma. The patients just aren't there. So that might be a big reason why we haven't seen additional drugs entering the space.

So we've largely developed this drug in Australia and New Zealand, South Africa. I think we had a slide up that showed all the different countries of the nine countries. It's very much a Westernized patient population, and that's certainly to our benefit, I think, with the regulatory agencies, as well as with the physicians upon an approval when we start marketing to them.

---

**Justin Walsh**
*Analyst, B. Riley Securities, Inc.*

Q

Got it. One more question for me. LIBTAYO received conditional approval in Europe in this indication. Do you anticipate that your data could support a full approval, or do you think that the EMA might want additional work there as well?

---

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yeah. I can't really comment on that yet until we have further discussions with the EMA. Either way, if it's conditional or a full approval, you want to get on the market as quickly as possible. But until we find out what they – what more they could ask of us in terms of finishing the locally advanced cohort, for example, all 75 patients, I think there's some differences between the development program of our – the current therapy that's on the market in Europe and our program. And maybe some of the concerns that prevented them from getting the full approval won't be a case for us.

So we'll have those discussions, and we'll see where it goes. But today, I can't comment on whether it would be full approval or some sort of accelerated conditional.

---

**Justin Walsh**
*Analyst, B. Riley Securities, Inc.*

Q

Got it. Thanks for taking my questions. Congrats.

---

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

My pleasure. Thank you.

---

**Operator**: Ladies and gentlemen, we have time for one more question. Our final question comes from the line of Thomas Flaten with Lake Street Capital Markets. Please proceed with your question.

---

**Thomas Flaten**
*Analyst, Lake Street Capital Markets LLC*

Q

Thanks. And let me add my congrats. Just a couple follow-ups, James. With respect to the pricing strategy, just wanted to maybe read into your prior comments. So, is it likely that we'll see a relatively small WAC discount and everything will then be handled via contract negotiations? Was that what you were trying to say, or maybe my interpretation of it?

---

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

---



# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

Yeah. I think that's kind of our current thinking at the moment. We reserve to change so that we have the optimal pricing strategy when we do have a potential approval down the road. But, for now, I think that might be the best way to proceed.

### Thomas Flaten
*Analyst, Lake Street Capital Markets LLC*

Q

Got it. And then just doing some math with the standard review, would it be reasonable to assume an early 2024 launch? Is that the right amount of conservatism from a modeling perspective?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yeah. I think that's a reasonable modeling assumption.

### Thomas Flaten
*Analyst, Lake Street Capital Markets LLC*

Q

And then just one final one with respect to the data releases, I believe ASCO is still available. Is that the goal to try and get in there or is this more of an ESMO event do you think?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yeah. So we'll see. We're certainly going to apply to the best medical conferences that we could potentially get into. Ultimately, we'll have to see what kind of slot we would be potentially accepted for. So, yes, we absolutely know ASCO is still open for submissions and hopefully, we'll be there. If not, there's also ESMO. There's SITC. And there's other data from these cohorts that we're looking forward to presenting at additional conferences throughout the year.

### Thomas Flaten
*Analyst, Lake Street Capital Markets LLC*

Q

Fantastic. I appreciate you taking the questions. And again, congrats.

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Thanks, Thomas.

**Operator**: Ladies and gentlemen, we have reached the end of the question-and-answer session. I will now turn the call over to James Oliviero, for closing remarks.

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Great. Thank you. We appreciate everyone joining us on the call today and look forward to updating everyone on the company's progress throughout the year. So with that, I'll close the call and wish everybody a great day. Thanks so much.

**Operator**: This concludes today's conference and you may disconnect your lines at this time. Thank you for your participation and have a wonderful day.



# Checkpoint Therapeutics, Inc. *(CKPT)*
PD-L1 Topline Results Call

 Corrected Transcript
25-Jan-2022

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

