# EXHIBIT 6

 Raw Transcript

18-Jan-2023

# Checkpoint Therapeutics, Inc. (CKPT)

**B. Riley Securities Oncology Conference**



**Checkpoint Therapeutics, Inc.** *(CKPT)*
B. Riley Securities Oncology Conference

R Raw Transcript
18-Jan-2023

---

# MANAGEMENT DISCUSSION SECTION

### Unverified Participant

Good morning, everyone. We'll get started with our next company, Checkpoint Therapeutics, where we have with us, CEO James Oliviero. Thanks, James, and to the audience for being part of the B. Reilly Oncology conference, this is Mayank Mamtani, one of the senior biotech analysts. If you have any questions during the fireside chat, feel free to email me at mmamtani@brileyfin.com. So with that out of the way, James great to have you with us here today.

---

# QUESTION AND ANSWER SECTION

**Q**

Obviously, majority of the discussion will focus today on your lead program cosibelimab coming away from your recent BLA submission and also how the molecules commercialization could be transformative for the company in the coming year, but before we get there, maybe at the highest level, could you provide an overview of the company for folks who are near to the story?

---

**A**

Sure. First off thanks for having us in this fireside chat and inviting us to the conference. So I'm James Oliviero, CEO of Checkpoint Therapeutics, as you mentioned, and at Checkpoint, we are focused on licensing in and developing immunotherapy and targeted therapies for the treatment of solid tumor cancers. Our lead development program is cosibelimab which is an ANTI-PD-L1 antibody that we licensed from Dana-Farber Cancer Institute back in 2015. A lot of the history of the company has been moving that product as well as some of the other pipeline products forward when we licensed in the PD-L1, it was a sequence essentially. So we conducted all the pre-clinical, entered the clinic under our US IND and, and developed it in the clinical setting. And then last year, this all culminated in announcing pivotal study results in cutaneous squamous cell carcinoma, both indications being metastatic and locally advanced cutaneous squamous cell carcinoma which then led to our submission of a BLA earlier this month, which is obviously an incredible milestone for a small company to take a drug from early pre-clinical all the way through. Now a submission and now looking to transform the company into a fully integrated commercial enterprise in the next coming quarters. We also have a pipeline of additional products for developing the most advanced being a clinical stage, third generation EGFR inhibitor. This is a drug that we're looking forward to exploring in combination with co-development in an unmet medical need in lung cancer for patients that have failed or relapsed on Tagrisso. I think this is an incredible opportunity for that product, again, in combination with close development. And I'm happy to tell you a little bit more about that later in the presentation.

---

**Q**

That's helpful, James. Thank you. So maybe just diving right into the [indiscernible] both mechanism and data. We obviously have seen certain safety advantages of PD-L1 targeted therapy there were PD-1. Could you --

---



Copyright © 2001-2023 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*
B. Riley Securities Oncology Conference

 Raw Transcript
18-Jan-2023

could you maybe touch on why that is the case and maybe specifically about the design of the [indiscernible] and how -- maybe longer term you may be thinking about this being used in the combination setting, well, as you know, most of the PD-1 L1 targeted therapies are sort of moving into.

A

Yeah. Yeah. So [indiscernible] is differentiated in a few aspects from other drugs that have been developed and now commercialized in the PD1, PD-L1 class. First off, on the safety front, as you mentioned, it's been established now through meta analysis and publications that anti-PD-L1s have a more tolerable safety profile versus anti-PD-1 therapies. And that's exactly what we see in our clinical study data with cosibelimab being an anti-PD-L1. We see lower rates of treatment-related severe adverse reactions and that's driven primarily by lower rates of immune-related adverse reactions. And what is considered the reason for that is by blocking PD-L1, which is primarily expressed on the tumor cell in order to unlock that T-cell response to disrupt that PD-1, PD-L1 pathway, we don't block PD-L2. It's another ligand that modulates PD-1 on the T-cell. When you talk about anti-PD-1s, when you block PD-1 on the T-cell, you actually block PD-L1 and PD-L2. So by just blocking that PD-1, PD-L1 pathway, we can unleash the T-cell response versus the tumor, but we don't inhibit the immune system from controlling T-cells, from going out of control. And so again, what you see with anti-Pd-L1s are lower rates, particularly as severe immune-related adverse reactions. And that's exactly what we see in our study. So that's – that's one level of differentiation of being a PD-L1.

And when you talk about our first indication, our only competition in this IO space are PD-1. So this is really something that we believe can differentiate cosibelimab in our first indications. Cosibelimab is also differentiated through having a twofold mechanism of action which we believe can enhance the efficacy of the molecule. And again, this is different than all the other PD-1, PD-L1s that are out there today. We have a half-life that supports over 99% tumor target occupancy of PD-L1 and that's important for unleashing the T-cell response. And that's throughout the dosing interval where we're dosing every two weeks or every two weeks. So that's – that's step one. So we believe we can unlock the T-cells as well as the best PD-1 PD-L1s out there. But what we bring to the table in addition to that is also a functional FC region of the antibody and that means we also engage natural killer cells. So we have this two-fold mechanism of action whereby T cells can attack the tumor, but we also recruit in natural killer cells, another part of the immune system to hopefully augment that response. And I think that's coming through very nicely in our data in cutaneous squamous cell carcinoma.

Q

And actually that's, that's a great segway to maybe talk about that clinical data set that you have generated in cSCC and you know, one of the knocks sometimes on PD-L1 one is that efficacy delta and obviously in cancer, we don't ever want to give away efficacy on the table. So, so, but it looks like compared – comparatively to cosibelimab there is not a whole lot of difference in your data set. So maybe just talk a little bit, talk a little bit more about the data you have generated and as squamous skin cancer and then, you know I have a couple of follow-ups there also.

A

Yeah. So the pivotal results that we announced last year in both locally advanced and separately in metastatic cutaneous squamous cell carcinoma indicated our response rates around 50% of patients that we treat. So 50% is a very clinically meaningful response rate, well above what the FDA looks for in terms of what is clinically

meaningful for a – for an approval in this indication. So really, we're producing response rates that are at least comparable to the PD-1s that came before us. And we're doing it again with a safety profile that we believe is more tolerable to those PD-1s. So, you know, a very, I would say, interesting data set that I think can differentiate this antibody when we look to launch it in cutaneous squamous cell early next year.

**Q**

And, and maybe just also to hone in on the data set between metastatic and locally advanced bedding. And it looks like based on your discussion with the FDA last year, you were able to include both the data packages and your BLA too. Yeah, if you could maybe compare and contrast what data there looks like in the two settings and how maybe that compares within PD-1 directed therapy already in the market.

**A**

Yeah. So as I mentioned, metastatic and locally advanced cutaneous squamous cell considered separate indications by the FDA as well as the EMA overseas in Europe. And so we had separate cohorts of patients recruited in both of these indications. The first to read out with our metastatic cutaneous squamous cell data set that was in a total of 78 patients, a similar number of patients that was recruited by the PD-1s that came before us. And there we saw a response rate that was a little bit above 47%. That was as of the data cut, in fact, that response rate can improve with further maturity of the data. But that was well above what we needed for clinically meaningful, which was a response rate of about 36%. So we came in at 47%, we needed 36%, so well above what we needed for a successful study. An example of a drug that came before us is KEYTRUDA. KEYTRUDA was approved in metastatic with a 35% objective response rate. So again, where we seem to be numerically a lot higher than KEYTRUDA, of course this wasn't a head to head study, but certainly I think that benefits are our antibody. We followed that up with an interim analysis in locally advanced cutaneous squamous cell carcinoma. So as we're looking to enroll the full 75 patients, we agreed with the FDA to conduct an interim analysis on first what ended up being 31 patients that were enrolled in the study. And there we saw a response rate that was approximately I think it was around 55% as of that data cut. So again, well above what I believe the FDA is looking for as far as clinically meaningful, it's higher than what's been seen by the PD-1s that came before us. Again, not head to head studies, but again, that bodes well for the antibody. And so when we went in for the pre-BLA meetings with both datasets in hand, the FDA did say it was appropriate for us to submit both indications at the same time and that's how we set up our BLA, which was submitted earlier this month to have both metastatic and locally advanced as proposed indications for labeling.

**Q**

Understood. And maybe from what we know about the two different indications in terms of patients newly diagnosed and then also sort of currently addressed with the anti-PD-1, PD-L1 could you, could you maybe touch on what market opportunity here looks like between the two and how the current existing approved drugs have been doing?

**A**

Yeah. So, you know, just a step back, you know, cutaneous squamous cell carcinoma. It's the second most prevalent skin cancer in the US behind basal cell carcinoma. It's five times more, more often incurred than, than melanoma, as an example. When patients reach the point where they can't be cured with surgery, that's when

Copyright © 2001-2023 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*
B. Riley Securities Oncology Conference

 Raw Transcript
18-Jan-2023

systemic therapies are used in these patients. And before PD-1, PD-L1s were approved in this indication, what was used primarily as systemic therapy is, is chemotherapy, which really doesn't have much efficacy in the indication. So now with PD-1s coming out, we can look at script data and we can see that currently about 11,000 patients each year in the US are treated with systemic therapies and what's interesting about that is the PD-1s are only about 40% of that market, yet they're generating about $700 million in revenue annually. So it's a sizable market and they're only addressing about 40% of that market today. So we think cosibelimab has a great opportunity here, and not just to come in as a differentiated antibody and potentially take market share from the PD-1s that have established a $700 million market, but also build out more of this market and drive this to become over $1 billion indication in the US. So I think there's several hundred billion dollars of opportunity for cosibelimab to grab as we launch this drug with the profile that we're seeing clinically.

**Q**

Got it. And then maybe just to go back on the pieces to the regulatory filing, that that maybe something you'd have to work through as you get through the approval process. Could you maybe also touch on the non-clinical components like CMC or, having another sort of larger study in place like could you maybe touch on what some of those components would look like as we go through the review process?

**A**

Yes. So our size of our clinical program is similar to what led to the approval of the PD-1s in cutaneous squamous cell carcinoma. So adequately powered, adequately sized for approvals in this indication pre-clinically. We conducted similar studies as the other PD-1, PD-L1s conduct in order to support a BLA submission. This was again conducted the study under an IND, so we had FDA buy-in since the beginning in the clinical development program. And that's by and not just for the cutaneous squamous cell carcinoma study, the design, the size, the endpoints, but also on the CMC program. We had the largest contract manufacturer in the world of biologics behind us manufacturing this at Samsung Biologics. And so you know having the FDA involved from the beginning, seeing the batches that we've run and the assays that we've developed and taking their input and applying it to our program is extremely important. And I think a wise decision on our part so that we have a complete package and essentially what the FDA is expecting of us going into submitting that BLA earlier this month.

**Q**

Understood. And would you have the need to have a larger study underway, or is that not the case? And then also, that the broader question, as you know, and I'm sure you get asked by investors, is the current sentiment that we've seen at FDA-based on the drug class and looking at it, painting it with a broader brush? And especially, when you think about these agent being developed outside the US, so could you may be able to talk about the sort of geographic mix of your study and the patients that you enrolled and how much of that debate or controversy relevant to cosibelimab development and regulatory review?

**A**

Yeah, sure. So again, the size of the study, it was adequately sized to be the same number of patients that led to the approvals of Libtayo and as well as KEYTRUDA and these indications. So a similar number of patients in cutaneous squamous cell carcinoma, we also have probably another 150 patients of safety outside of cutaneous

5
Copyright © 2001-2023 FactSet CallStreet, LLC

**Checkpoint Therapeutics, Inc.** *(CKPT)*
B. Riley Securities Oncology Conference

Raw Transcript
18-Jan-2023

squamous cell carcinoma from a number of different solid tumor indications. So it's a perfectly appropriate data set for the first indication and similar to what's been seen by the other drugs that have come before us. You brought up conducting ex-US study, so this is not unique to us. Plenty of companies conduct ex-US studies and apply them for US approval.

conduct ex-U.S. studies and apply them for our US approval. There was some controversy that still exists today about a single country studies, particularly coming out of China. And that's not what the FDA is looking for. And I think people aren't probably paying attention that that's not, the situation with us. What we're doing and what we did is conduct a multi-regional study. What the FDA considers now the gold standard for clinical development. And what we did was we conducted the study primarily in Australia and New Zealand, France and Spain, as well as a few other countries, essentially creating a US patient population, a Western patient population by going to these specific countries. So it's what the FDA would expect of us for conducting an ex-US study and a great example of success even recently doing that is even after the, the Lilly panel in non-small cell lung cancer where they questioned, having a chemo control and conducting an ex-US study.

Well, I think it was just two or three months ago, Libtayo was approved in first-line doing a fully ex-US study, a multi-regional approach and using chemo as to control. So it shows if you do it with the FDA in mind and doing it under an IND where the FDA has, buying and doing it where you can apply the data to a US patient population. It is under the regulations of the FDA. And the FDA will, will potentially approve you if the data supports. And so, again, we conducted our study as a multi-regional study under a US IND. And so it's really what the FDA is looking for in terms of a dataset that can be applied to a US patient population. The FDA hasn't showed any concerns whatsoever with that. We've put it together.

**Q**

Sounds great. And maybe just building to the thought of investments we've seen made in [indiscernible] 00:17:41. Also as you prepare for commercialization maybe lifecycle management from commercialization, maybe lifecycle management from pursuing combinations and also, you know maybe more convenient dosing regimen. So could you maybe touch on sort of broadly how you're thinking about the development and commercialization? And then then maybe one specific question, I will have about the actions and pricing strategy.

**A**

Yeah. So right now, one step at a time, we're looking to, you know, have a successful BLA review and then potentially launch this product in the first half of next year. In the next few months, we'll come out with more information about how we're going to put that commercial infrastructure together. I think there's some interesting ways that you're going to see that we can do this as a small company and be very effective. I think building out, again, this market, which is currently $700 million and I think we can potentially grow, you know, certainly north of north of a $1 billion here in the US is going to quickly lead us to a profitable operation. And then what we do with cosibelimab from there, I think, you know, is almost limitless. I mean, this drug can work in all different indications. I think the future of cancer therapy, though, is using PD-1, PD-L1s in combination. And I think we have a unique ability of potentially combining cosibelimab with our other lead drug under development, which is olafertinib, the third generation EGFR inhibitor. There's a, now a big unmet medical need out there for all those patients that relapsed or refractory to Tagrisso and EGFR mutation positive non-small cell lung cancer. These patients receive Tagrisso in first line and when they progress about 60% of them don't have an identifiable mutation that can lead to the next line of therapy whether it's an approved drug or a clinical trial. So these 60% of patients are just receiving chemo, almost like salvage therapy at this point. So, again, a big unmet medical need where I believe

Copyright © 2001-2023 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*
## B. Riley Securities Oncology Conference

 Raw Transcript
18-Jan-2023

the combination of olafertinib and cosibelimab, where these drugs had safety profiles that we believe can allow them to be dosed together. Where other EGFR inhibitors haven't been able to. I think this is an incredible opportunity for us to take our portfolio and really develop a combination regimen that can address an unmet medical need. So that's where we think cosibelimab is going to go under our development strategy from here is looking for interesting combinations with our portfolio today, as well as potential licenses that we may bring in in the future.

Q

Yeah, that's definitely a novel combination regimen over the next generation EGFRi with PD-L1 that in lung cancer, you usually are not – you've not seen a whole lot of investment in that setting from an IO standpoint. So that definitely would be interesting to see. But you do have some monotherapy data also from olafertinib, right? Could you maybe touch on that, what you've seen so far and how that sort of giving you confidence on both the potency and the safety tolerability profile?

A

Yeah. So we developed olafertinib in the US as well as in Australia and New Zealand and Thailand in a Phase 1 study whereby you start off with dose escalation and then we ran a bunch of expansion cohorts at different doses and different formulations of the drug through the pharmacokinetic dynamics of this drug and where the therapeutic window is and what opportunity we would have to potentially enter this market, knowing that Tagrisso is a very strong drug, essentially having a monopoly on this market in the first line setting. What we saw is in the first line setting, we saw a response rate of, you know, along the lines around 75% of patients responding that are EGFR mutation positive. You know this was a small dataset, but certainly encouraging. What we also saw was a lot of safety data that showed that we could have differentiation on the safety front, you know different safety for example, Tagrisso does have, you know, a certain percent of cardiovascular effects, adverse events, as well as interstitial lung disease. Interstitial lung disease is the reason why it can't be combined with their PD-L1. We, doses that are ongoing in a Phase 3 that's being sponsored by our partner right now in Asia at those daily doses as well as higher doses, we haven't had a case of interstitial lung disease. We haven't had any effects on the heart adverse effects. So really, you know, this is a different safety profile and I think it's an ideal safety profile, again, for combining with the PD-1, PD-L1 and that's why we want to take advantage of the safety profile in our further development of this opportunity, this regimen in this indication of EGFR mutation, positive non-small cell lung cancer.

Q

And could you talk about the Phase 3 study run by our Asia partners, what sort of scale, scope and timeline for that is?

A

Yeah. So this is a study that are or we license this drug from a Chinese company. They're running a phase three study, a similar design that was used by Tagrisso in order to, in order to obtain approval of Tagrisso versus a first generation EGFR inhibitor. Based on our conversations with the FDA that occurred actually right before the panel that occurred with Lilly, what we learned was that because EGFR mutation positive non-small cell lung cancer is so much more prevalent in Asia that they do have more flexibility on accepting studies that were done in Asia.

# Checkpoint Therapeutics, Inc. *(CKPT)*
B. Riley Securities Oncology Conference

 Raw Transcript
18-Jan-2023

In fact, Tagrisso did 60% of their patients from Asia I think, of Vizimpro did 75% of their patients from Asia. So we would look to obtain the data and hopefully successful result from our partners study that Phase 3 study. It's a well powered study of about 480 patients. And then look to, you know, do adequate bridging in order to potentially bring that over in the first line setting. So, again, we're not running the study. We're not paying for the study. So, you know, I look at it as just upside if they succeed in that study and then how do we bring it over? But where we want to spend our dollars is to look for that unmet medical need. And that's where I see that hole in those Tagrisso-relapsed/refractory patients. And that's where I want to do something novel that others can do, which is combine the two programs together and see if we can do something special there.

Q

Yeah. And maybe the last sort of line of questioning could focus a little bit on sort of your focus and, you know, being cognizant of the current cash balance. Could you just sort of talk about, you know, what you said on the balance sheet and if there are any near-term plans for you to engage partner, be ex-US, be it co-development, given the portfolio and how sort of, you know, you're thinking of strategically to maximize the value of the portfolio.

A

Yeah, sure. So cash wise, we announced we had a $20 million as of September 30. We did a secondary offering in December, brought in another $7.5 million with about another $14 million that could be coming in over the next few months. There weren't exercises, so this really gives us sufficient cash in order to obviously submit the BLA, get the BLA accepted, continue through the BLA process, but also really explore business development opportunities given the BLA is now submitted to the FDA and essentially ready to convert into the MAH from Europe. So we're working very hard in order to potentially reach partnership in ex-US territories such as Europe We're also exploring potentially local deals as well. If there's a deal that makes sense for the stockholders, we'll certainly consider it. So I think we're going to be very active on the business development front over the next couple of months as we continue to push this BLA forward. And so I think that's a way of potentially bringing in some non-dilutive capital as the, the, you know, the market environment generally hopefully improves over the next couple of months.

Q

And just to maybe take on that couple of months, you know I mean, we don't want to we do myopic short-term, but, you know, looking at the stock reaction today, just to clarify, you know, you're not looking to be through dilutive means at any time in the near term. And more of the focus is on, you know, from a non-dilutive standpoint and then you do have to have those warrants in play as you get through milestones including the BLA acceptance.

A

Yeah, there – Yeah, there's no, you know, talk internally right now of raising additional dilutive money. We're actually locked up still for a considerable amount of time further. So we couldn't even if we even if we wanted to. So, so nothing there. Really, it's about execution now. It's execution on the regulatory front and its execution on the business development front. That's where our focus is and that's where it's going to remain for the next couple of months.

# Checkpoint Therapeutics, Inc. *(CKPT)*
B. Riley Securities Oncology Conference

 Raw Transcript
18-Jan-2023

## Q

Understood. And maybe just in the interest of time, just one question, if I could, to then about the pricing for cosi and, you know also keeping in mind the global access that, you know, competitively priced a PD-1 or a discount to put straightforward, how, you know, what model you're looking at for access pricing or other drug classes that, you know makes it sort of sense there, because we haven't seen too much sort of price competitiveness in this drug class. And there's interest by the larger companies to keep it at the level they need to in order to support the market gaps that there are.

## A

Right. So as a smaller company, actually, we have more flexibility in order to be more aggressive in price both the US and ex-US. So in the US, we certainly expect to come in at a lower price point where we go in terms of discounting, that's going to be based on the, you know, what kind of contracts we get and what kind of potential preference we can get. Obviously, the IDNs , you know, payers such as Kaiser that, you know, they are very much cost sensitive. And from our research and speaking with them, they're certainly open to lower priced drugs. And that's exactly what we plan to bring them.

With the bigger players, you don't expect to get any sort of, you know, preference. So it's really about just getting on formulary as quickly as possible. So, you know, there'll be differences in terms of what kind of discounts we contract with. I think overall, you're talking about a 25% to 30% gross to net with this product. And so that's a net price of something, you know, north of still 100,000 per patient annually in the US. Outside the US though, we can be much more aggressive. We're going to go to countries that have no access to PD1, PD-L1 today in terms of reimbursement. And we're going to offer the drug at a substantially lower price point, whereby if we can get reimbursement and we certainly expect that is possible, what we hear from PIs, for example, in our study, is that they'll utilize the drug for any indication PD1, PD-L1s are approved for – if they can just get access to a PD-1, PD-L1. You're talking about countries like South Africa, you're talking about countries like New Zealand. There is no reimbursement at all for PD-1, PD-L1. So there's really a great opportunity for a company that's willing to come down in price and potentially be really the only game in town in these countries so.

## Q

That's really a hot topic. That remains to be discussed more in detail. But with that I think we've run out of time, James. Thanks again for being part of this and appreciate the audience joining us for this fireside chat. You can [indiscernible] 00:29:42 now.

## Unverified Participant

Thanks for having me. Bye-bye.



 Raw Transcript
18-Jan-2023

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.