# EXHIBIT 9

 Raw Transcript

11-Sep-2023

# Checkpoint Therapeutics, Inc. (CKPT)

**H.C. Wainwright Global Investment Conference**



1-877-FACTSET   www.callstreet.com

Total Pages: 7

Copyright © 2001-2023 FactSet CallStreet, LLC

**Checkpoint Therapeutics, Inc.** *(CKPT)*
H.C. Wainwright Global Investment Conference

Raw Transcript
11-Sep-2023

# CORPORATE PARTICIPANTS

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

# OTHER PARTICIPANTS

**Matthew Keller**
*Analyst, H.C. Wainwright & Co., LLC*

# MANAGEMENT DISCUSSION SECTION

### Matthew Keller
*Analyst, H.C. Wainwright & Co., LLC*

Okay. Great. All right. Hello, everyone, and welcome against the afternoon presenter session. My name is Matt Keller and I'll be the moderator for this session. With that said, I'd like to introduce our next speaker. Please join me in welcoming James Oliviero, the President and CEO of Checkpoint Therapeutics.

With that, James, please take it away.

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Thanks, Matt, and thank you to H.C. Wainwright for inviting us to present here today. I'm James Oliviero, President and CEO of Checkpoint Therapeutics. Just trying to change the slide.

Okay. So before I begin, I'd like to remind everyone I'll be making some forward-looking statements during the presentation today. I encourage anyone interested in the company to review our full disclosures in our SEC filings on sec.gov.

So we at Checkpoint, our lead development program is cosibelimab. Cosibelimab is a differentiated and potentially best-in-class anti-PD-L1 antibody under development in two indications of advanced cutaneous squamous cell carcinoma as well as other advanced cancers. Cosibelimab is differentiated through its twofold mechanism of action that not only reactivates T-cells but also engages natural killer cells in order to attack tumors. Its potential best-in-class clinical profile comes from our pivotal data in cutaneous squamous cell carcinoma that combines strong efficacy, complemented with a potentially favorable safety profile.

In January of this year, we submitted our BLA for cosibelimab in cutaneous squamous cell carcinoma and were assigned a PDUFA goal date of January 3, 2024. With an approval, we'll be looking to launch cosibelimab in the second quarter of 2024 and looking to penetrate a potential $1.6 billion US market opportunity in sSCC. And, with regard to cosibelimab, we have worldwide rights and a strong IP protection of the sequence that goes out to at least 2027.


FACTSET: callstreet
1-877-FACTSET   www.callstreet.com

Copyright © 2001-2023 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*
H.C. Wainwright Global Investment Conference

 Raw Transcript

11-Sep-2023

Beyond cosibelimab, we have a portfolio of additional agents that, with various stages of development, and the next in line is olafertinib, which is in a Phase 3 study, sponsored by our partner in Asia. We are also looking to potentially combine cosibelimab with olafertinib in a second line setting in Tagrisso failures, where there's no identifiable mutation to dictate another line of therapy, and we see this as a very large unmet medical need and look forward to exploring that combination.

But let's focus here on cosibelimab, and that's what everybody's focused on with the upcoming PDUFA. And, as I mentioned, cosibelimab is a differentiated anti-PD-L1. It's a fully-human anti-PD-L1 antibody. And so, the differentiation comes from its twofold mechanism of action. The primary mechanism of action, similar to other leading drugs in this class, is the interruption of the PD-1 and PD-L1 pathway. We do that through binding to PD-L1.

And, with that, we have over a 99% tumor target occupancy, and we retain that tumor target occupancy throughout the dosing interval, even at the trough before the next dose, whether dosing every two weeks or every three weeks, we retain that high tumor target occupancy, and that's incredibly important in order to reactivate a T-cell response.

Beyond that, what we do very differently is a secondary mechanism of action and, again, that's through a functional Fc region, the potential for ADCC or recruiting in natural killer cells to have the cytotoxicity of what we bind to which is, in our case, the tumor cell. Our PD-L1 binds to the tumor and the NK cells will then come in and have binds the tumor and the NK cells will then come in and have cytotoxicity of that tumor cell.

We designed cosibelimab to be as good or better than what's come before us. We had the luxury of being able to compare cosibelimab in early stages of preclinical development to those that were ahead of us. What we came out with was a antibody that has a binding affinity that's a lot stronger than atezolizumab, an antibody that has a half-life that can support every two week or every three week dosing, as I mentioned, with about 99% tumor target occupancy, similar to atezolizumab and durvalumab much better than avelumab that has a very short half-life.

But again, differently as you see here preclinically, we have that potential for ADCC or direct cytotoxicity of the cancer cell. Here you can see on the right comparing cosibelimab to a control IgG1antibody that doesn't have the ADCC capability. You can see we have three to four times the cytotoxicity as compared to that control. We believe this can potentially enhance our efficacy in the clinic and I think that's coming through very nicely in our clinical data, which I'll review with you in a slide or two.

So with regard to our development and commercialization strategy, we really want to secure a meaningful share of this large $32 billion market for PD-1, PD-L1. It all starts with the initial approval in cutaneous squamous cell carcinoma. With regard to that opportunity, it's a $1.6 billion US market opportunity as I mentioned. You can look at a much larger opportunity when you look globally.

In – at the same time, in parallel, we're looking and evaluating a business development transactions, whether that be a potential European or other market partnership or something even larger, like a global deal or transaction.

Again, in parallel, we're also evaluating synergistic combinations. We see that with cosibelimab potentially being approved in just a few months, there's a lot more demand for utilizing there's a lot more demand for utilizing cosibelimab and other companies combinations. The synergy of having a drug again that has that T-cell reactivation as well as bringing in natural killer cells is appealing to a lot of companies out there and we hope to be reporting on some interesting data in the future from those collaborations.

---



# Checkpoint Therapeutics, Inc. *(CKPT)*
H.C. Wainwright Global Investment Conference

 Raw Transcript

11-Sep-2023

So let's now talk about cutaneous squamous cell carcinoma. Again, very exciting with the PDUFA coming up. With regard to the disease itself, cSCC is the second most common form of skin cancer, more common than melanoma. There's over 1 million cases of cSCC in the US annually, though most are caught early and can be addressed with surgery. There's 40,000 advanced cases where the cancer is spread and becomes difficult to treat and there's about 15,000 deaths annually in the US again, more than melanoma.

Risk factors that cause cSCC include sun exposure, age, genetic factors and immunosuppression, a significant number of patients with cSCC have immunosuppressed conditions or considered high risk for immune-oncology treatment, such as transplant patients or patients with autoimmune disease. These are patients that are primarily treated with chemotherapy and radiation today. So this is an unmet clinical need that I think that cosibelimab can uniquely penetrate and we'll talk about that further on a subsequent slide.

So our registration enabling study, it was conducted in 40 sites in 9 countries, primarily enrolling in Australia and New Zealand as well as Western Europe. We conducted this study under a US IND in order to have alignment with the FDA on the study design in advance, we felt that was very important for the development. The primary endpoint is confirmed objective response rate by independent essential review. We have two cohorts for the two indications, metastatic cSCC has 78 patients in our pivotal data and locally advanced cSCC has 31 patients, so about 109 patients in total and the primary objective of this study is to obtain a clinically meaningful, objective response rate. This is a single arm study and what the FDA wants to see is something clinically meaningful. What we've come out from our meetings with the FDA understanding, is they wanted us to have a lower bound of the 95% ORR of 25% or higher.

So that was really the bar that we wanted to achieve and that was pretty much set by KEYTRUDA in their metastatic indication. This is the results now updated by our most recent January 2023 data cut. And what we have is a response rate of 50% or higher in both metastatic and locally advanced cSCC. I believe we're the only drug in the class that has a 50% or higher response rates in both of these indications.

As in beyond that, we also have a robust, robust complete response rate that's been improving over time. In metastatic, we have a 13% complete response rate and in locally advanced we have a class high, 23% complete response rate. Duration response, these responses are very durable and we haven't met our median DOR in either cohort yet.

So both of these indications, based on the strength of our initial data, as well as this data here, that will certainly go into a labeling supplement upon our approval. Both of these indications are included in the BLA submission that's under review by the FDA. Complementing this very strong efficacy data is a potential favorable safety profile versus anti-PD-1s.

In our global safety database, we have about 250 patients treated with cosibelimab monotherapy. Within that, only 2% of patients have experienced a severe or worse immune related adverse reaction. If you compare that to PD-1s where you see rates three to four times higher, in fact, when you look at the you compare that to the PD-1s, where you see the rates 3 times to 4 times higher. And, in fact, when you look at the irAEs for, again, Grade 3 or higher, we have not had any cases of pneumonitis, colitis, hepatitis, nephritis or endocrinopathies, and that should come through very nicely in our labeling because that is separated out and that's something that we can potentially market very effectively to oncologists.

Beyond that, only less than 1% of patients discontinued our study due to an irAE of any severity. Again, compare that to PD-1s, where you see the rates 3 times to 5 times higher. And, beyond just our data itself, the published



Copyright © 2001-2023 FactSet CallStreet, LLC

data on PD-L1s versus PD-1s supports our having a better safety profile than the competitor PD-1s that we'll be looking to take market share from. PD-L1s don't interrupt the PD-1 and PD-L2 pathway, and that leads to a reduced autoimmunity relative to the anti-PD-1s that block both the PD-L1 and PD-L2.

So, with regard to the regulatory timeline and with regard to our BLA, again, we submitted in January. It was accepted for filing in March and that's when we learned that there was no advisory committee meeting planned by the FDA. We were assigned a PDUFA goal date of January of 2024.

Most recently, we announced that we completed our mid-cycle communication meeting with the FDA, whereby the FDA communicated no significant review issues and no safety concerns identified to date. So, we're doing very well towards our approval. The late cycle meeting is now scheduled for late October and we look forward to moving through the rest of the process and having a successful PDUFA goal date in January.

Let's talk about the market opportunity and, as I mentioned, it's about a $1.6 billion US market opportunity. When you look at the claims data, it's really interesting to see how this market is bifurcated. In fact, I/O therapy, Keytruda and Libtayo, the two anti-PD-1s only make up about 40% of the scripts of the systemic therapy space.

only make up about 40% of scripts of the systemic therapy space. The rest are 60% are chemotherapy primarily and chemotherapy is largely given with radiation therapy. So most of this market is actually still being treated with chemo and radiation. So when you look into that further, what you learn is that's where the substantial number of patients that are immunosuppressed, that are high risk, that oncologists are either underwhelmed with PD-1 efficacy or concerned with PD-1 safety and are still treating these patients with chemotherapy where you get a quick high response rate but very little durability.

This is where we believe cosibelimab can have a huge effect on this market because again, we bring that twofold mechanism of action. In fact, immunosuppressed patients, according to literature, have downregulated T-cells, but their NK cells retain full ADCC function again, we have that ADCC capability. That's rationale of why oncologists need to try our drug in immunosuppressed patients. When you talk about the safety issues of high-risk cSCC patients, well, again, look at our safety profile, look at our low rates of immune-related adverse events. This should be the drug of choice in cSCC to utilize in those patients. So that's a potential $900 million segment that we believe we can uniquely penetrate.

And then there's the other segment where KEYTRUDA and LIBTAYO with our potentially best-in-class clinical profile, I expect to take market share away from that as well. So this together is an enormous opportunity first indication for cosibelimab that we can then extend from there. And it's also an indication that a small company can address. So we can use a targeted approach in order to address this, go to the high-value providers to in order to get the maximum uptake. In fact, only about 15 sales reps, maybe a 20 person commercial force can address in order to get the maximum uptake. In fact, only about 15 sales reps, maybe a 20% commercial force, can address 65% to 70% of the patients treated today with systemic therapies. A digital outreach can be then utilized to address the rest or we can add to the sales force as we reach profitability, potentially in the second year of launch, by our estimates.

And, as far as the pricing, we expect the price of cosibelimab at or near parity to the PD-1s. We can be very flexible and opportunistic with contracting with payers. For example, we can look at volume-based rebates with payers, and that's something that we've been advised that no PD-1 or PD-L1s are doing to date, and that's something that, as a small company, we would be willing to opportunistically offer to payers. And what it comes out – comes in, in the end, is we want to provide a strong value proposition to payers, to providers and to patients of why cosibelimab should be the drug of choice for their cSCC.

# Checkpoint Therapeutics, Inc. *(CKPT)*

 Raw Transcript

11-Sep-2023

Beyond cSCC, there's expected to be a considerable growth in PD-1 and PD-L1s, and that's going to be driven by combination therapies. And, when you think about what's the ideal combination agent with the, that PD-1 and PD-L1 backbone, well, I think cosibelimab is going to fit that perfectly, again, with the twofold mechanism of action of T cells and NK cell engagement and, with the better safety profile that we've been seeing with cosibelimab, it really is the ideal drug to be utilizing in combination. I think that's why we're seeing a lot of demand from third parties to try our drug in their combinations.

You can think about the optimal combinations would be, for example, NK cell therapies, oncolytic viruses, things that actually engage the NK cells as well that can then be augmented with cosibelimab in our ADCC activity to focus the NK cells into the tumor.

So, with that, I'll sum up. So, we have a compelling product pipeline led by cosibelimab with, again, the strong efficacy, complemented by the safety profile that, we believe, will be very attractive to the oncology community.

We also have olafertinib that we really didn't address today, but it is in Phase 3, in first line EGFR mutation positive non-small cell lung cancer sponsored by our Asian partner.

We're looking to start a Phase 1 in combination. I think that's a unique opportunity with a big unmet medical need that we want to explore. These are large market opportunities between cosibelimab and olafertinib. Multiple upcoming catalysts, I don't think you can think of a bigger catalyst for a small company than a first PDUFA date. That's again coming up January 3, 2024, with the potential launch in the second quarter of 2024.

Business development opportunities are also in discussion. I think that could even heat up further with an approval. And IP well protected among our programs, cosibelimab out to 2037 at the earliest; olafertinib as well out to 2034. And we're a management team that has a proven track record of successful development and marketing approvals, and we're on the cusp of doing that again here with cosibelimab. So we look forward to keeping you updated on developments and with regard to the BLA, and hope to have some great announcements maybe even before the end of the year.

So with that, I'll end the presentation and I thank you for your time.

## Matthew Keller
*Analyst, H.C. Wainwright & Co., LLC*

Great. Fantastic presentation. Want to – thanks, James and Checkpoint for the presentation. Feel free to ask any follow-up questions after the session if you'd like. Otherwise, thank you again for the fantastic presentation.

## James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Thanks, Matt.



Copyright © 2001-2023 FactSet CallStreet, LLC

Checkpoint Therapeutics, Inc. *(CKPT)*
H.C. Wainwright Global Investment Conference

 Raw Transcript
11-Sep-2023

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

