# EXHIBIT 10



Raw Transcript

28-Sep-2023

# Checkpoint Therapeutics, Inc. (CKPT)

**Cantor Global Healthcare Conference**

Total Pages: 9
Copyright © 2001-2023 FactSet CallStreet, LLC

**Checkpoint Therapeutics, Inc.** *(CKPT)*
Cantor Global Healthcare Conference

Raw Transcript
28-Sep-2023

# CORPORATE PARTICIPANTS

**James F. Oliviero**
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

# OTHER PARTICIPANTS

**Jennifer Kim**
*Analyst, Cantor Fitzgerald*

# MANAGEMENT DISCUSSION SECTION

### Jennifer Kim
*Analyst, Cantor Fitzgerald*

Okay. Welcome, everyone, back to the Cantor Global Healthcare Conference. My name is Jennifer Kim. I'm one of the research analysts here at Cantor. I'm looking forward to moderating our next fireside chat with Checkpoint Therapeutics. We have with us James Oliviero, the CEO. James, thanks for joining us.

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Thanks, Jennifer. Thanks for having Checkpoint here at the Cantor presentation. Looking forward to a good discussion.

### Jennifer Kim
*Analyst, Cantor Fitzgerald*

Of course. Same. So maybe to start off, could you give a quick introduction of yourself and an overview of the company?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Sure. So I'm James Oliviero. I'm the President and CEO of Checkpoint Therapeutics. Checkpoint was formed back in about 2015 around the premise of developing novel therapeutics to treat solid tumor cancers. We focused our licensing efforts back then on molecules that have validated targets, targets with where a mechanism of action was already established. We thought that would lower the risk in our development programs and help us bring molecules to market quicker. We also look for differentiation in the products that we licensed, and I think that's coming through very nicely today as we'll talk a lot about our lead program, which is cosibelimab, which is a differentiated anti-PD-L1 antibody under development for advanced cutaneous squamous cell carcinoma, which is a skin cancer, and other solid tumor cancers. And as we'll talk about, we have an upcoming PDUFA in about three months on January 3, 2024. So a lot of great stuff going on here at Checkpoint.



# Checkpoint Therapeutics, Inc. *(CKPT)*
Cantor Global Healthcare Conference

 Raw Transcript
28-Sep-2023

### Jennifer Kim
*Analyst, Cantor Fitzgerald*

That's coming up soon.

---

# QUESTION AND ANSWER SECTION

### Jennifer Kim
*Analyst, Cantor Fitzgerald*

Q

Maybe we can start off with the potential differentiation of cosibelimab. Can you talk about mechanistically what those points of differentiation are?

---

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

 A

Yeah. So we created essentially cosibelimab out of a number of sequences that we license in from Dana-Farber Cancer Institute. And we had the luxury of being able to compare the antibodies that came about the antibodies that came about from that process against those anti-PD-L1s that came before us, and what we came about with cosibelimab was differentiation through binding affinity, having a stronger binding affinity than those in the class. But even more so, we had a dual mechanism of action that none of those others in the class can say they have. So we have the typical mechanism of action of the class of blocking PD-L1 and unlocking a T-cell response. And we do that with over 99% tumor target occupancy, whether we're dosing every two weeks or every three weeks. That's incredibly important for unleashing the T-cell response on a tumor. But we have this second mechanism of action whereby we have an active Fc region of our antibody. What that does is it engages another part of the immune system, natural killer cells, to come in and unleash their particles and activate those natural killer cells and hone them into what we bind to, which is the tumor cell, because PD-L1 sits on the tumor cell and that's what we bind to with our anti-PD-L1.

We can hone those natural killer cells into the tumor cell and have something called ADCC or cytotoxicity of what we bind to. So that twofold mechanism of action, in our view, was going to potentially increase the efficacy more than the class does by just unleashing T-cells, and I think that's coming through very nicely in the data. The other point of differentiation that we have versus our – some of our competitors which are anti-PD-1s that bind to the T-cell, the receptor on the T cell, is that we have a better safety profile and that's established in scientific literature that anti-PD-L1s have better safety than PD-1s. And the reason for that is because we do not block all interactions with PD-1 on the T-cell. By binding the PD-L1, we block that PD-1 PD-L1 interaction, but PD-1 on the PD-L1 interaction, but PD-1 on the T cell can still interact with, for example, PD-L2. And what that means is lower autoimmunity, so better side effect profile, lower rates of severe immune related adverse events. And it comes to very nicely in the data and I think it'll come through very nicely in our ultimate labeling, something that we can really market to physicians of a better tolerated drug while also bringing what we believe to be best-in-class efficacy to the table as well. So it's a great clinical profile coming from those points of differentiation.

---

Q

Okay. And can you talk about the clinical profile that has emerged through the data that you've generated so far?

---

Copyright © 2001-2023 FactSet CallStreet, LLC

**Checkpoint Therapeutics, Inc.** *(CKPT)*
Cantor Global Healthcare Conference

 Raw Transcript
28-Sep-2023

A

So cutaneous squamous cell carcinoma, our registration study, which we conducted under a US IND because we wanted the FDA's buy in to the clinical trial design and so forth before undertaking the registration study. It was conducted in nine countries. It was a multiregional study, what the FDA considers to be the gold standard now for how to develop a drug in a new indication. And the primary end point as agreed to at the FDA was objective response rate by independent central review. That's the same reason primary end point used by other drugs that have been approved in this indication. And the second end point also important is duration of response.

And so on the objective response rate, we came out with our pivotal data results for both the metastatic as well as the locally advanced indications of cutaneous squamous cell carcinoma. And we're sitting here today now with further updated data whereby we're the only antibody in the class that has 50% or higher objective response rates in both locally advanced and metastatic CSCC. And we also have achieved now the highest complete response rate of any drug in the class in the locally advanced indication with a 23% complete response rate. If you think about that, we're essentially curing one in four patients that we treat in that cohort. So, you know, that's really impressive. I think that's really coming through So, that's really impressive. I think that's really coming through that dual mechanism of action whereby we're seeing that high complete response rate, we're seeing the high objective response rate, and patients are really benefiting from this drug.

Q

Okay. What about on the safety side?

A

Yes. On the safety side, we have very low rates of immune-related adverse events, particularly those immune-related adverse events that are grade 3 which are severe or higher. We have very little, I think it's under 2% of patients have a grade 3 or higher IRE.

When you look at the anti-PD-1s in their various studies, you see rates three to five times higher in terms of immune-related adverse events. The same thing with discontinuations. We have a rate that's substantially lower than the anti-PD-1s that have come before us in terms of that safety. So, you know that that premise of binding to the tumor cell, having an anti PD-L1 that allows T cells not to overreact by having that modulation of PD-1 by PD-L2, it's definitely coming through.

And I think we will certainly see that in the labeling and be able to talk to physicians about the differentiation on the safety front. Just to tell a little bit of a story, even those patients in our study, lots of patients that achieve a complete response, essentially curing the patient. They don't want to come off the drug. They want to stay on the drug.

They asked for exceptions in the protocol to stay on the drug. It's because they're tolerating the drug so well. They don't want to take any chance. They're happy to just stay on it essentially in perpetuity, which is, you know, I think a nice thing to hear from patients. So, you know, I think it's coming through from hearing from the patients and obviously coming through very nicely in the data itself.

4

Copyright © 2001-2023 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*
Cantor Global Healthcare Conference

 **Raw Transcript**
28-Sep-2023

Q

Very nice. And PDUFA date coming up in just a couple of months, maybe recap the kinds of discussions you've had with the FDA and communications and what steps are left between now and that date.

A

Sure. So it was a very, you know, typical process for a full BLA review. We filed – submitted the BLA back in January of this year, 2023. It was accepted for filing, which is when we found out that the FDA was not planning an advisory committee meeting. We then progressed through the review. Again, a very typical review. Most recently, we had our mid-cycle meeting with the FDA whereby they conveyed to us that there were no significant issues, no safety concerns thus far with the BLA review. So, very clean bill of health as of that point in time with the FDA. And you know, now we've entered into the labeling discussion part of the process. So, you know, it's moving forward very nicely and we're looking forward to hearing the results very soon.

Q

Okay. And you, you've talked about labeling as a potential way to maybe differentiate yourselves, along with that, could you walk us through what it might look like after a potential approval? How do you think about that potential market opportunity? And what is your go to commercial strategy?

A

Yeah. So the labeling will obviously have the efficacy, the safety, all the aspects that we want to be marketing to physicians, because we do see this as a best in class antibody that we're bringing to the table. When you look at the market opportunity, this is really the perfect first indication for our drug cosibelimab to enter, and that's because we are different. And this market is different than a typical immunotherapy market.

When we purchased the [indiscernible] 00:09:28 and looked at the 11,000 systemic therapy prescriptions in cutaneous squamous cell carcinoma that occur each year, it's really interesting to see that there is a market where the anti-PDs are being used, and that's about 40% of the prescriptions. And then there's a market, 60%, where chemotherapy is still the go to agent for treating these patients. And so, when you dig into, so why are physicians still giving this nuclear bomb chemotherapy to patients. Obviously, you want to get past chemotherapy, you know, physicians reply that anti-PD-1 in this large piece of the indication, for example, in immunosuppressed patients are underwhelming in efficacy. They either don't achieve as high of a response rate or the durability is not there.

And so now you think about cosibelimab, well, we have this dual mechanism of action, T cells may be downregulated, but we bring in natural killer cells. So you would expect to see much better efficacy in immunosuppressed patients with cosibelimab. And then you start also talking about, okay, there's immunosuppressed, what else is the problem in that other 60% that aren't being treated with immunotherapy today. And you find out, well, there's safety concerns and that comes about from the PD-1 safety profile.

There's high risk patients, patients that have transplants that again receive immunosuppressive agents and then you have squamous cell carcinomas pop up, you have high risk patients that are older and frail and then you have

# Checkpoint Therapeutics, Inc. *(CKPT)*
## Cantor Global Healthcare Conference

a lot of patients that have autoimmune disease and they don't want to give a drug that has immune-related adverse events, particularly severe or worse immune-related adverse events to these patients that already have a known autoimmune disorder.

So, again, how does cosibelimab this? Well, we're uniquely designed now to address that, because our safety profile is a lot better than a PD-1 with those extremely low rates of severe immune-related adverse events. This is the drug to choose for those transplant patients. This is the drug to choose for patients with autoimmune disease. So when we look at this market opportunity and the PD-1s that are selling around $800 million in that 40% segment, I certainly expect with our what we believe to be a best-in-class clinical profile, we're going to take market share away from them. But also, I think we're uniquely designed to penetrate that other 60%, which is a potential $900 million market and you put the two together, you think about just getting 15%, 20% of this market and you're talking about selling close to $0.5 billion in sales. With our infrastructure, you talked about how we're going to commercialize this. With our infrastructure, first off, we would be profitable with only $60 million to $70 million in annual sales, so this can be an incredibly profitable indication for cosibelimab within checkpoint therapeutics. The other side of this is you don't need a big pharma sales force to attack cutaneous squamous cell carcinoma in the US. These patients are consolidated in large institutional hospitals as well as the larger oncology clinics like the Florida Cancers of the World.

So you can have a sales force of only about 15 salespeople, maybe 25 people, all together with med affairs and all the different aspects. So, a very reasonable commercial infrastructure and covers about 70%, 75% of the patients that are being treated today in the US. So this is an indication that set up very well for checkpoint to build it ourself or potentially partner with a bigger player and attack and become profitable very quickly.

Q

In terms of the most, I guess, attractive commercial opportunities, do you see the lower-hanging fruit in those patients that are still currently receiving chemo? Or is the lower-hanging fruit in the people who are used to using immunotherapy?

A

Yes. So I think the low-hanging fruit is the segment, that 60% segment that is currently still being treated with chemotherapy. I view that as an unmet clinical need. I think we're bringing a product to the table that really can make a difference in these patients and I think physicians are really looking for. And I think penetrating that segment will then flow down into penetrating the current anti-PD-1 segment because physician experience with anti-PD-1 segment because physician experience with the drug is very important. And we know once physicians start using a drug, they start seeing the side effect profile and how much more tolerable this drug is and yet getting that strong efficacy. They're going to really like this drug, and they're going to want to use it for all their patients. So I think it's really a good route in going after that chemotype segment. And if we can get half that segment, and this is an enormous indication, but I believe it will filter down into the current established anti-PD-1 segment, which is $800 million on its own. Again, it doesn't take much to move the dial with it in terms of penetration even in that segment alone. And again, we can become profitable, in my view, by year two of launch.

**Jennifer Kim**
*Analyst, Cantor Fitzgerald*

Q

Okay. Great. And any thoughts on pricing strategy?



# Checkpoint Therapeutics, Inc. *(CKPT)*
Cantor Global Healthcare Conference

**R** Raw Transcript
28-Sep-2023

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yes. So we haven't come out with our pricing strategy yet, but I'll say it's likely going to be at parity or just below parity with the current anti-PD-1, PD-L1 class. They all charge about the same price on an annual basis. It's about $180,000 per patient per year. I could easily see us coming in at a 10% discount so that we can quickly get on to formularies. We're also going to be very aggressive and flexible in terms of how we contract with the providers out there. For example, volume-based contracting, I think that's something that none of the other drugs in this class are willing to do.

Well, we're certainly willing to have those conversations and choose a contract such as that. So I think we likely will be at parity or a little bit below. And we're going to be very flexible to ensure that all the various stakeholders in the healthcare system are going to get their piece of the action as we sell this drug into this first medication and then expand from there.

### Jennifer Kim
*Analyst, Cantor Fitzgerald*

Q

Okay. And as you're eyeing that, the line of sight towards profitability, what's your strategy to manage your cash while advancing on that?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Obviously, managing cash is extremely important.

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Obviously, managing cash is extremely important. It's been important to us since the founding of the company. We've been very good at keeping a very small infrastructure within our G&A. We've been able to develop cosibelimab, as well as some of our pipeline programs with only about 20 people at the company. So we outsource to vendors so that we spend the money when we need to spend the money and can turn it off when we're done. And so that keeps a very efficient profile at the company.

And when we move into the commercial setting, I would expect to do something similar. We're going to likely contract with a commercial vendor that has the commercial infrastructure already in place. We can again pay for, you know, different aspects when we need it and we can bring it in-house when we need it and we want to go further than that.

The other aspect about that is these commercial vendors. They're willing to defer a lot of the cost. A large piece of the cost, they'll defer on the commercial cost and then take it as, for example, a royalty on the back end. And so they get, you can call it, 120% of the cost. So it's a nice way for us to conserve cash, but appropriately launch this drug ourselves, you know, in an efficient way.

### Jennifer Kim
*Analyst, Cantor Fitzgerald*

Q

Okay, great. A lot – so a lot of focus on cosibelimab. You have a few other programs in the pipeline as well. What are the latest developments there and your plans around that pipeline?

Copyright © 2001-2023 FactSet CallStreet, LLC

# Checkpoint Therapeutics, Inc. *(CKPT)*
Cantor Global Healthcare Conference

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

A

Yep. So we do have a few other drugs in the pipeline. The most advanced behind cosibelimab is called olafertinib. It's a third generation EGFR inhibitor, similar to, for example, Tagrisso. This drug is in Phase 3, sponsored by our Asian partner in China. So that Phase 3 is ongoing. Hopefully, we'll have an update on that next year. In the meantime, I've – you know, I see a unique opportunity in combining that EGFR inhibitor with, for example, cosibelimab in an unmet medical need, and that's those patients that have failed Tagrisso on the first line setting. And now need a second line therapy but don't have an identifiable mutation to identify what that next line of therapy will be whether it's going to be an approved drug or a soon to be approved drug or a clinical trial. About 60% of patients that fail Tagrisso don't have an identifiable mutation of why did they fail? So I think that could be an interesting segment for using cosibelimab plus olafertinib, our EGFR inhibitor, maybe even plus chemo in that setting.

And, you know, I think what a lot of people are missing in looking in the second line setting is you just can't forget about the kinase inhibition of EGFR. You can't not continue to inhibit that kinase and treat with another regimen. You have to add additional drugs on but you can't stop inhibiting the EGFR kinase. And so with the safety profile of olafertinib, which appears differentiated than Tagrisso, I think we have an EGFR inhibitor that can be combined with an anti-PD-L1 where for example, Tagrisso could not. And that's because they have something called interstitial lung disease that we've never seen with our drug.

So I think we're uniquely positioned to use this combination and explore this combination. And so, we look forward to hopefully next year starting that Phase 1 and seeing if we can dose it safely together and then looking for that signal of efficacy because it's become a very hot space, that second line setting after failing or refractory to Tagrisso. And you know, I think we have, we have the two drugs that can potentially address it. And I want to explore that.

And sorry beyond that we have a BET inhibitor. It's IND ready. That could be really interesting to bring forward as well. So you know there's, there's a big future for checkpoint beyond cosibelimab that we already have in the pipeline and we can also look to license other things, ideally complementary to cosibelimab.

Q

Okay, great. So over the next 6 to 12 months, what do you think investors should be paying attention to in terms of advancing the checkpoint story?

the Checkpoint story?

### James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*



Yeah. So I think everybody knows that a PDUFA is a company changing event. It's what every biotech company out there that's founded wants to achieve, most do not. So obviously the PDUFA date of January 3, 2024 for cosibelimab is a potential game changing event for us, and so that's the first thing. After that, I think it's could be business development. I do expect that an approved drug, it will be looked at very differently than a drug that's pre-approval. There's a lot of companies out there that have shown some interest but don't want any regulatory risk whatsoever. So I would expect with that improved drug. Business development is going to potentially heat up.

# Checkpoint Therapeutics, Inc. *(CKPT)*
Cantor Global Healthcare Conference

 Raw Transcript
28-Sep-2023

And then it's capitalizing the company for a launch and the different steps to launch cosibelimab that will be picking away at until the drug is launched. So, you know, there's a lot of great things ahead for this company, but it all starts with getting this drug approved. That's been the goal from the beginning. And, you know, we're right on that doorstep now.

---

## Jennifer Kim
*Analyst, Cantor Fitzgerald*

Okay. Congrats on a lot of progress and an interesting story ahead. James and Checkpoint, I want to thank you again for a great chat today. And for everyone here, enjoy the rest of the conference.

---

## James F. Oliviero
*President, Chief Executive Officer & Director, Checkpoint Therapeutics, Inc.*

Thank you.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.