# EXHIBIT 13

Case 1:24-cv-02613-PAE    Document 39-13    Filed 10/23/24    Page 2 of 4

# Frequently Requested or Proactively Posted Compliance Records

Search for publicly available Form 483 inspection findings, inspection details, and inspections citations details on FDA-regulated companies located within or outside of the U.S. Visit the Inspections Dashboard (https://datadashboard.fda.gov/cder/cd/inspections.htm) for additional information.

## Search

Showing 26 to 50 of 245 entries

Export Excel

| Record Date | FEI Number | Firm Name | Record Type | Country | Date Posted |
|---|---|---|---|---|---|
| 01/19/2024 | 3013702557 | Alvotech Hf | 483 (/media/175832/download) | Iceland | 01/31/2024 |
| 01/19/2024 | 3014129013 | Brassica Pharma Pvt Ltd. | 483 (/media/180327/download) | India | 07/25/2024 |
| 01/16/2024 | 3007373503 | Jiangsu Hengrui Pharmceuticals Co., Ltd | 483 (/media/179134/download) | China | 06/04/2024 |
| 12/22/2023 | 3015534630 | Eugia US Manufacturing LLC | 483 (/media/175809/download) | United States | 01/30/2024 |
| 12/15/2023 | 3004561553 | Sun Pharmaceutical Industries Limited | 483 (/media/177871/download) | India | 04/17/2024 |
| 12/12/2023 | 3011524794 | Laurus Synthesis Private Limited | 483 (/media/175136/download) | India | 12/28/2023 |
| 12/11/2023 | 3012740315 | Torrent Pharmaceuticals Limited | 483 (/media/175134/download) | India | 12/28/2023 |

Case 1:24-cv-02613-PAE    Document 39-13    Filed 10/23/24    Page 3 of 4

| Record Date | FEI Number | Firm Name | Record Type | Country | Date Posted |
|---|---|---|---|---|---|
| 12/08/2023 | 3009483004 | Dr. Reddy's Laboratories Limited | 483 (/media/175135/download) | India | 12/28/2023 |
| 11/21/2023 | 3023765884 | Nanchang Anobri Pharmaceutical Co., Ltd. | 483 (/media/182557/download) | China | 10/08/2024 |
| 11/10/2023 | 3012668529 | C&T Dream Co., Ltd. | 483 (/media/182057/download) | Republic of Korea | 09/20/2024 |
| 11/03/2023 | 3001581899 | Contract Pharmaceuticals Limited Canada | 483 (/media/177488/download) | Canada | 04/03/2024 |
| 10/27/2023 | 3002949099 | Dr. Reddy's Laboratories Ltd. | 483 (/media/174209/download) | India | 11/29/2023 |
| 10/27/2023 | 3004967045 | Eisai Company | 483 (/media/182148/download) | Japan | 09/24/2024 |
| 10/27/2023 | 3010970108 | First Cah Co., Ltd. | 483 (/media/182102/download) | Republic of Korea | 09/23/2024 |
| 10/20/2023 | 3011853060 | Kilitch Healthcare India Limited | 483 (/media/174223/download) | India | 11/29/2023 |
| 10/20/2023 | 3010683345 | Aqualex Co., Ltd. | 483 (/media/182556/download) | Republic of Korea | 10/08/2024 |
| 10/18/2023 | 3004540906 | Natco Pharma Limited | 483 (/media/173542/download) | India | 11/01/2023 |
| 10/12/2023 | 3007187282 | Panacea Biotec Pharma Ltd. | 483 (/media/173232/download) | India | 10/20/2023 |
| 09/18/2023 | 3008932049 | Nectar Lifesciences Ltd. | Untitled Letter (/media/173169/download) | India | 10/19/2023 |
| 09/15/2023 | 3010031951 | Samsung Bioepis Co., Ltd. | 483 (/media/182190/download) | Republic of Korea | 09/25/2024 |
| 09/08/2023 | 3011139911 | Sichuan Deebio Pharmaceutical Co. Ltd. | 483 (/media/176079/download) | China | 02/08/2024 |

| Record Date | FEI Number | Firm Name | Record Type | Country | Date Posted |
|---|---|---|---|---|---|
| 09/01/2023 | 3010479596 | Samsung Biologics Co. Ltd. | 483 (/media/173114/download) | South Korea | 10/17/2023 |
| 07/20/2023 | 3011248248 | Biocon Sdn. Bhd. | 483 (/media/171134/download) | Malaysia | 08/14/2023 |
| 07/04/2023 | 3005023799 | UCB Farchim SA | 483 (/media/173281/download) | Switzerland | 10/24/2023 |
| 06/23/2023 | 3007574780 | Ipca Laboratories Limited | 483 (/media/170050/download) | India | 07/05/2023 |

Showing 26 to 50 of 245 entries

First | Previous | 1 | 2 | 3 | 4 | 5 | … | 10 | Next | Last