**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHECKPOINT THERAPEUTICS, INC. SECURITIES LITIGATION | Case No. 1:24-cv-02613-PAE<br><br>**DECLARATION OF GARTH SPENCER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of New York and admitted to practice in this District.  I am a partner in the law firm of Glancy Prongay & Murray LLP, counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2.      Attached as **Exhibit A** is a true and correct copy of the SEC Form 4, Statement of Changes in Beneficial Ownership, filed by Defendant James Oliviero on July 1, 2022, with respect to Checkpoint Therapeutics, Inc.,  which was obtained from the SEC's online EDGAR database.[1]

3.      Attached as **Exhibit B** is a true and correct copy of the SEC Form 5, Annual Statement of Changes in Beneficial Ownership, filed by Defendant James Oliviero on January 12, 2023, with respect to the fiscal year ended December 31, 2022 of Checkpoint Therapeutics, Inc., which was obtained from the SEC's online EDGAR database.[2]

---

[1] https://www.sec.gov/Archives/edgar/data/1434718/000110465922076976/xslF345X03/tm2220291-1_4seq1.xml

[2] https://www.sec.gov/Archives/edgar/data/1434718/000110465923003528/xslF345X03/tm233206-3_5.xml

1

4.      Attached as **Exhibit C** is a true and correct copy of the SEC Form 5, Annual Statement of Changes in Beneficial Ownership, filed by Defendant James Oliviero on February 2, 2024, with respect to the fiscal year ended December 31, 2023 of Checkpoint Therapeutics, Inc., which was obtained from the SEC's online EDGAR database.[3]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 23rd day of December, 2024.

*s/ Garth Spencer*
Garth Spencer

---

[3] https://www.sec.gov/Archives/edgar/data/1434718/000110465924010262/xslF345X05/tm245141-3_5seq1.xml

2

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 23, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2024.


*/s/ Garth Spencer*
Garth Spencer