UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE CHECKPOINT THERAPEUTICS, INC.
SECURITIES LITIGATION,                                           24 **CIVIL** 2613 (PAE)

# JUDGMENT

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 19, 2025, the Court grants defendants' motion to dismiss. Amended Complaint is dismissed with prejudice and judgment is entered in favor of defendants; accordingly, the case is closed.

**Dated:**  New York, New York

  May 19, 2025

                                                                  **TAMMI M HELLWIG**
                                                                  _____
                                                                  **Clerk of Court**

                                              BY:    *[signature]*
                                                                  _____
                                                                  **Deputy Clerk**